Federal District Court.
Judge Susan L Robinson

20 September 05
Case # 05-624-SLR.

Enclosed Are, As Requested, Signed Complaint and trust Fund Statement.

The money I have on account is All that I have to get me through.

If the court will take this into Consideration, it will be Appreciated very much.

Sincerely, Harry T Collins

FILED
SEP 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Harry T. Collins 156625
P.O. Box 9561
Wilmington, De. 19809

United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570