```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
09/07/05 08:32
ST 007 / OPR KJG

SBI              : 156625                                      05-624
Resident Name    : COLLINS, HARRY
Time Frame       : 06/14/2005 10:00 - 09/07/2005 08:32

---------------------------------------------------------------------------------
Date         Time    Type             ST   OPR    Receipt #       Amount     Balance
---------------------------------------------------------------------------------

06/14/2005   10:00   Reopen           6    kjg    F12054          150.00     150.00
06/20/2005   06:53   Order            2    DDT    B67800           49.53     100.47
06/29/2005   09:30   Order            2    DDT    B69556           54.63      45.84
07/06/2005   11:34   Order            2    DDT    B70400           42.12       3.72
07/06/2005   12:53   Add              4    SEA    D28329          500.00     503.72
07/13/2005   10:00   Order            2    DDT    B71392           42.53     461.19
07/20/2005   09:23   Order            2    DDT    B72352           54.78     406.41
07/21/2005   08:00   Rec Payment      9    LIH    I3903             6.00     400.41
07/27/2005   09:01   Order            2    DDT    B73329           30.06     370.35
08/03/2005   10:07   Order            2    DDT    B74210           36.77     333.58
08/05/2005   12:16   Add              4    SED    D30030          500.00     833.58
08/10/2005   10:03   Order            2    DDT    B75100           59.51     774.07
08/17/2005   11:55   Order            2    DDT    B76114           53.77     720.30
08/19/2005   10:58   Order            9    DDT    I4176             2.64     717.66
08/24/2005   10:08   Order            2    DDT    B77139           46.42     671.24
08/31/2005   09:40   Order            2    WLH    B78046           49.21     622.03
```



FILED
SEP 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Harry T. Collins 156625
P.O. Box 9561
Wilmington, De. 19809

United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570