Dear Judge Sue L. Robinson

Hi, my name is Harry T Collins 156625 and I have a case pending in your court mam. Case nub 05-624 SIR.

And what I'm writing you is about the money that I sent you towards the case, witch would have been $78-38.

The buiseun office here is really playing games. I think that they are trying not to send any money to soon, in hoping that the time will run out and the case will be dissised in your court mam.

Please inform me if this is so.

Sincerely yours
Harry T Collins
156625
PO Box 9561 Wilm De
19809



FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Harry T Collins 154625
Po Box 9561 Wilm De
19809

Judge Sue L. Robinson
Federal Building
844 King Str Wilm De
19801

U.S.M.S. X-RAY