To Whom it may Concern)

This money is to be used for my Civel Suite Case Nub 05-624 SLR, To start the Case on its way and obtain a Court date, at this time

Sincerely Yours
Harry T Collins
156625
1-6-5





Harry T Collins 156625
PO Box 9561 Wilm De
19809

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wlm Del 19801-3670

THIS LETTER WAS SENT BY AN INMATE WHO IS IN A STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED OR THE CONTENTS OF THE LETTER.

Pay inside Buisness office two

(BACKSIDE OF ENVELOPE)