IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

*156625*

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624 SLR |
| | ) |
| LINDA HUNTER AND HRYCI | ) |
| MEDICAL DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |



FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Harry T. Collins, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $78.38 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated <u>October 12, 2005</u>.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __10/24/05__, 2005.

_____
Name of Plaintiff

RECEIVED 2005 OCT 25 P 2:18 MPCJF BUSINESS OFFICE







7003 1010 0001 5329 3304

Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilm De 19801-3570

Harry T Collins 156625
PO Box 9561 Wilm De
19809

LEGAL MAIL