```
          UNITED STATES
         DISTRICT COURT
          District of Delaware
            Wilm. Division

          #  141302  -  EW
         November 28, 2005


    Code      Case #      Qty     Amount

    PL5100   1-05-CV-624           78.38 CH


    Total->                        78.38


         FROM: HOWARD R. YOUNG CORR. INST.
            RE:  HARRY COLLINS
            CK# 043691
            PNC BANK
```

HOWARD R. YOUNG CORRECTIONAL INSTITUTION

043691

Date      : November 14, 2005 11:38
Amount    : $78.38
Payee     : Clerk of the Court
Memo      : Harry Collins SBI#156625/ NO.05-624-SLR

Check #   : 43691
Type      : WITHDRAWAL
Checkbook : 1
Station   : 6
Operator  : kjg
Resident  : 156625
            COLLINS, HARRY

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00624-SLR
### Internal Use Only

Collins v. Hunter et al
Assigned to: Honorable Sue L. Robinson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/24/2005
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

Harry T. Collins    represented by    Harry T. Collins
SBI# 156625
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809
PRO SE

V.

**Defendant**

Linda Hunter
*Medical Director CMS*

**Defendant**

HRYCI Medical Department

**Defendant**

Warden Raphael Williams

**Defendant**

Correctional Medical Systems

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Harry T. Collins. (els, ) (Entered: 08/26/2005) |
| 08/24/2005 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Linda Hunter, HRYCI Medical Department - filed by Harry T. Collins.(els, ) (Entered: 08/26/2005) |
| 08/31/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the |

| | | |
|---|---|---|
| | | Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 08/31/2005) |
| 09/01/2005 | 3 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff requested to submit a signed version of his complaint and application to proceed without prepayment of fees and a certified copy of trust fund account statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 10/3/2005.. Signed by Judge Sue L. Robinson on 9/1/05. (fmt, ) (Entered: 09/01/2005) |
| 09/22/2005 | 4 | Letter to Judge Robinson from Harry T. Collins enclosing signed complaint and trust fund statement. (fmt, ) (Entered: 09/26/2005) |
| 09/22/2005 | 5 | MOTION for Leave to Proceed in forma pauperis - filed by Harry T. Collins. (Attachments: # 1 Trust Fund Statement)(fmt, ) (Entered: 09/26/2005) |
| 09/26/2005 | 6 | AMENDED COMPLAINT against Raphael Williams, Correctional Medical Systems, Linda Hunter, HRYCI Medical Department- filed by Harry T. Collins.(fmt, ) (Entered: 09/26/2005) |
| 10/14/2005 | 7 | ORDER; An initial partial filing fee of $78.38 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. ) Notice of Compliance deadline set for 11/14/2005.. Signed by Judge Sue L. Robinson on 10/12/05. (fmt, ) (Entered: 10/14/2005) |
| 11/17/2005 | 8 | Letter to Judge Robinson from Harry T. Collins regarding initial partial filing fee. (fmt, ) (Entered: 11/21/2005) |
| 11/22/2005 | 9 | ORDER dismissing complaint without prejudice for pltf.'s failure to submit his Authorization form. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. (Copy to pltf.) Signed by Judge Sue L. Robinson on 11/22/05. (rld, ) (Entered: 11/22/2005) |
| 11/22/2005 | | CASE CLOSED (rld, ) (Entered: 11/22/2005) |
| 11/28/2005 | | Initial Partial Filing Fee Received from Harry T. Collins: $ 78.38, receipt number 141302 (rbe, ) (Entered: 11/28/2005) |