IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY T. COLLINS,               )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civ. No. 05-624-SLR
                                )
LINDA HUNTER, et al.,           )
                                )
            Defendants.         )

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to

42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 1, 2005, the Court entered an order

requiring plaintiff to complete and return an authorization form,

within 30 days, or the case would be dismissed (D.I. 3);

WHEREAS, on November 22, 2005, the Court entered an order

dismissing the complaint for failure to submit the required

authorization form (D.I. 5);

WHEREAS, on December 28, 2005, plaintiff submitted to the

Court the required authorization form;

THEREFORE, at Wilmington this ___4th___ day of January, 2006,

IT IS HEREBY ORDERED that the clerk of the court shall reopen

this action.

_____
United States District Judge