U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

FORM USM-285 (Rev. 12/15/80)

| Field | Value |
|---|---|
| PLAINTIFF | HARRY T COLLINS # 156625 |
| COURT CASE NUMBER | 05-624-SLR |
| DEFENDANT | Linda Hunter |
| TYPE OF PROCESS | Civil |
| SERVE — NAME | H.R.Y.C.I. Medical Department |
| AT — ADDRESS | PO Box 9561 Wilmington DE 19809 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

HARRY T. COLLINS 156-625  
H.R.Y.C.I. 2-H-4  
PO BOX 9561  
Wilmington, Del 19809

Number of process to be served with this Form - 285: 1  
Number of parties to be served in this case: 4  
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Forma Pauperis

FILED FEB -9 2006  U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: N/A  
DATE: JAN 31-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Signature of Authorized USMS Deputy or Clerk: DF  
Date: 2-8-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS: No longer @ HRYCI  
Rut. unexecuted 2/8/06

1. CLERK OF THE COURT