OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 13, 2006

TO:  Harry T. Collins
     SBI# 156625
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

   **RE:  U.S. Marshal 285 Forms**
       *Civil Action #05-624(SLR)*

Dear Mr. Collins :

   Please be advised that this office has received an incomplete U.S. Marshal 285 form for Correctional Medical System in the above referenced case. Please submit to the Court a complete U.S. Marshal 285 form for the Correctional Medical System with address information.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Sue L. Robinson