Dear Mr Dalleo

My name is Harry T Collins 156625 Case no 05-624 (SLR) and I need to amend this case and need promission to do so. And I need to know, on what form do I, use to do it with.

The same is to ask for discovery, I need something that looks like I mean business, so they don't laugh this thing off.

Also I need to know how long it takes for them to set up an appointment for a conference.

One more thing sir, if you know please give me the case no, that was fought in this court that ruled against people sleeping on the floor

Sincerely Yours
Harry T Collins
156625
PO Box 9561 Wilm De
19809

PS if you have the forms there please send them
the law library here is giving me a hard time

FILED
2006 FEB 17 PM 2:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned