IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624-SLR |
| | ) |
| LINDA HUNTER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, on September 1, 2005, plaintiff was allowed to proceed in forma pauperis and was assessed a $250.00 filing fee (D.I. 3);

WHEREAS, on October 14, 2005, plaintiff was assessed an initial partial filing fee of $78.38 (D.I. 7);

WHEREAS, on November 22, 2005, the court entered an order dismissing the complaint and indicating that plaintiff was not required to pay any previously assessed fee or the $250.00 filing fee (D.I. 9);

WHEREAS, on January 4, 2006, an order was entered reopening this action (D.I. 12);

THEREFORE, at Wilmington this _24th_ day of February, 2006, IT IS HEREBY ORDERED that the $250.00 filing fee and the $78.38 initial partial filing fee are reinstated as are the September 1, 2005 and October 14, 2005 orders (D.I. 3, 7) assessing the fees.

United States District Judge