IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-624-SLR |
| | ) |
| LINDA HUNTER, HRYCI MEDICAL DEPARTMENT, WARDEN RAPHAEL WILLIAMS, and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Harry T. Collins, an inmate at Howard R. Young Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. § 1983 (D.I. 2, 6);

WHEREAS, defendants have either been served or service has been attempted;

WHEREAS, on February 17, 2006, plaintiff filed a motion to amend his complaint (D.I. 19), and "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a); and

WHEREAS, to date, a responsive pleading has not been served;

THEREFORE, at Wilmington this 10th day of March, 2006, IT IS ORDERED that:

1. The motion to amend the complaint (D.I. 19) is GRANTED. The amended complaint shall be filed within 30 days from the date of this order. If an amended complaint is not filed within that time frame, the case will proceed on the original complaint (D.I.

2) and amended complaint (D.I. 6).

    2.   The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

                                            _____
                                            UNITED STATES DISTRICT JUDGE