IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-624-SLR |
| | ) | |
| LINDA HUNTER, WARDEN RAPHAEL, | ) | |
| WILLIAMS AND CORRECTIONAL | ) | |
| MEDICAL SYSTEMS. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

    PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Warden Raphael.  The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                 STATE OF DELAWARE
                                 DEPARTMENT OF JUSTICE

                                 /s/ Lisa Barchi
                                 Lisa Barchi (I.D. 3927)
                                 Deputy Attorney General
                                 Department of Justice
                                 820 N. French Street, 6th floor
                                 Wilmington, DE 19801
                                 (302) 577-8400
                                 lisa.barchi@state.de.us

Dated: MARCH 16, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on March 16, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

  Harry T. Collins, Inmate
  SBI # 156625
  Howard R. Young Correctional Institution
  Post Office Box 9561
  Wilmington, DE 19809


                /s/ Lisa Barchi
                Lisa Barchi (I.D. 3927)
                Deputy Attorney General
                Department of Justice
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                lisa.barchi@state.de.us