IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-624-SLR |
| ) | |
| LINDA HUNTER, WARDEN RAPHAEL, ) | |
| WILLIAMS AND CORRECTIONAL ) | |
| MEDICAL SYSTEMS. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULES 12 (b)(1) AND 12(b)(6) OF THE <u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

COMES NOW, the Defendant, Raphael Williams, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendant. In support of their motion to dismiss/summary judgment, the Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi  #3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barch@state.de.us

                                                                                              Attorney for Defendant Raphael Williams

DATE: April 6, 2006

Case 1:05-cv-00624-SLR    Document 24    Filed 04/06/2006    Page 2 of 4

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-624-SLR |
| | ) |
| LINDA HUNTER, WARDEN RAPHAEL, | ) |
| WILLIAMS AND CORRECTIONAL | ) |
| MEDICAL SYSTEMS. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendant Raphael Williams in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Susan L. Robinson, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006 I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on April 6, 2006 I have mailed by United States Postal Service, the document to the following non-registered participant:

Harry Collins
SBI# 156625
Howard R. Young Correctional Institution
P.O. Box 9651
Wilmington, DE 19809

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us