*Amended*

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Harry T Collins___  __156625__
    (Name of Plaintiff)     (Inmate Number)

__PO Box 9561 Wilm De 19809__
(Complete Address with zip code)

(2) _____  _____
    (Name of Plaintiff)     (Inmate Number)

__# 05-624 (SLR)__
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Stan Taylor__
(2) __Dr. Derosier__
(3) __Lt Ryder__
    (Names of Defendants)

**CIVIL COMPLAINT**

Jury Trial Requested

FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Yes, This lawsuit has been Amended from the original 12-26-05__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •(•Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I requested an audience with the Lt and was refused

2. What was the result? I was given disciplinary action by being put in administrative segregation

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Stan Taylor
Employed as Commissioner of Corrections at HRYCI
Mailing address with zip code: 245 McKee Drive Dover DE 19901

(2) Name of second defendant: Dr Derosier
Employed as Medical Doctor at HRYCI
Mailing address with zip code: PO Box 9561 Wilm DE 19809

(3) Name of third defendant: Lt Ryder
Employed as Lt C/O at HRYCI
Mailing address with zip code: PO Box 9561 Wilm DE 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Dana Baker - Medical Director
HRYCI - P.O. Box 9561, Wilm., DE 19809

Officer Blue - Corrections Officer
HRYCI - P.O. Box 9561, Wilm., DE 19809

Officer Manetti - Corrections Officer
HRYCI - P.O. Box 9561, Wilm., DE 19809

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was strangled by Lt Ryder because I wouldn't fall under his authority and at the time I was sleeping on a peace of foam that was damp and was sent to the hole for 15 days because of it, and I had a bottom bunk pass to

2. was told that I would have to sleep on the floor even though I had a bottom bunk, the 2nd time ended back down the hole again, because Dr Perorer said it was allright for me to sleep on the floor with a bad Gall bladder and degenitive Arthritis

3. 

4. The day after my operation I was sent back to Baylor Hill and was told that I would have to sleep on the floor again, and had to

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Grant to me any and all compensation that the court seems fit

3

Sit in a chair for almost 6 hours untill a Lt. arrived on the seen, who got me a bed to sleep in.

5) This happed with CO Blue and CO Manittee. who were on duty at the time.

I got 1 hour out of my cell to take a shower when I frist arrived, and wasn't let out after that which was a period of 5 to 6 days

6) was not given the proper medication that was prescribed to me by the spicalost who gave me the operations, in result, suffer undo pain in the process, by Dr Derosier

7) Dr Derosier refuses to give me my Arthritis medication, and keeps giving me tylonal witchs dosen't work, I request to see Dr Kendall but medical will not let me see him at this time

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4__ day of __April__, 2_006_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Larry T Collins 156625
P.O. Box 9561
Wilm, DE

2006 WILMINGTON, DE 19850
APR 6

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm DE 19801-3570



U.S.M.S. X-RAY