Amendment
Court Case NO

Dear Judge Robinson         05-624-SLR
My amendment is futher on one Mrs.
Sheldon, a nurse for C,M,8, services, who
on sevral times has insulted me with
ackusations of not taking my meds and
has even gone as far as to ask me more
than onel to take out my false teeth
so that she can check my mouth, to make
sure that I have taken my meds.
I have never given any indcations as to
the fact that I didn't take my meds or have
ever been caught of not taking them to cavse
undo hardshipe in this matter.
Also I have been denied meds do to the
fact that I had bible collage, and was even
taken down to the infirmory on the night in
question by staff and was return by the
nurses on duty.
I have put in greivences but I neve get any
responce from them
I have even been told by Sgt Moody the all
ispration, Good luck?
At this time Im waiting to be relese from
Bander Hill, thou I can go home, get on my
Computer, and type up better affadavids
and summarys and have access to the public
library in town to better prepare for my case

FILED
APR 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

for trial in the forseeable future

Dear Judge Robinson

As of now I fear for my well being, today is 4-22-06 and the time is 2pm, I just had a incounter with a Lt Pettree whom came on the pod, single my cell out and toor, up my deabedick Snack, because I have a sugar problem, and took the head Phones off my TV and gave me a Class two write up, because I had a Stirowfoam Cup on them to made the sound better.

What they will probley do now is put me in the hole and take away my good time.

Nobody has ever gotten a write up the bad for something so small as this.

I only hope that you receive this letter and some how put a stop to this retelly a- tion that they are doing to me at this time.

I'm suppose to go on level 4 time in two weeks, I need to get out of here, befour they find away to something worse to me,

Sincerely Yours
Harry T Collins
156625
PO Box 9561 with Del
19809





WILMINGTON DE 197

24 APR 2006 PM 3 T

U.S.M.S.
X-RAY

U.S.

Howarble Judge Robinson
United States District Court
844 N. King St Lockbox 18
Wilm DE 19801-3570

13801435.13

HT Collins 60645
PO Box 9561 Wilm De
19809