Dear Judge Robinson

05-624 (SLR)

Today is 4-22-06 3:36pm on the same day that this other letter was written, well Lt Pettree changed his mine and gave me a 24 instead, but he said that I was in possession of non Dangerous Contraband, witch he was in his rights to charge me with that but he also gave me a, falling to Obey an order, he never gave me a order, he's just trying to cover hisself.

And that doesn't justify him tearing up a snack that I get twice a day for sugar problems.

Same day 5:21 pm I was deid Religious Services, Due to this 24, witch is a violation of my rights as well. Also I'm sitting here with a $237.00 TV with no sound because he took my head Phones, and didn't give me a recipe, so you my as well say he stole them ~~you to use~~ from me.

At this time I have about 20 witness that will be out of here by the time this goes to court that would testify that this look way to suspicious to be a quinsodent.

Sincerly Yours

[signature]

PS will be sending new 285 forms on these two people when I can get postage