Dear Judge Robinson        Civil Action #05-624 (SLR)

I sent you a amendment on the current suit that I have in your court close to a month ago, but I haven't heard anything as to the fact that you even received my amendment at this time. Please get back to me on this matter.

Also in the response to the Atorny Generals request to dissmiss this case, the point of the matter is that, she is stateing that I received the propper treatment from medical, but if that we so, I would not have wasted my time and the courts as well in the matter. The truth is that for a long time I never recieved Athritis meds and was told that they didn't carry Athritis medacations, and I also told them that I couldn't take what they wanted to give me do to the fact that I have hepatites C, in fear of causing more liver damage. But I did finaley receive Athritis med some 4 mouths later.

So I suffer undo hardshipe, with no pain medication cause I had a bad gall blatter and wasen't concidered to be of any priority in this matter

The truth of the matter is medical and wardens staff is neglagent in alot of matters when it came to my heath issues, and that no body at the times and even now wants to accept responcibility for there actions in this matter

I don't spell to good and the only reason why Im writing this letter in this case now is because, lite

FILED
MAY -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
D scanned

I said, I haven't hurd Anything As far as you receive my packet that I sent the court.



RECEIVED MAY 4 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE





Judge Robinson
United States District Court
844 N. King St. Lockbox 18
Wilm DE 19801-2570

Legal Mail