OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 11, 2006

TO: Harry T. Collins
     SBI# 156625
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

**RE:** *Request for Copy of Docket, 05-624(SLR)*

Dear Mr. Collins:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:   Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they **must have an original signature**.Your corrected filing should be sent to this office for processing

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Sue L. Robinson
enc:  DI 30