Dear Judge Robinson                    05-624 (SLR)

As you can see by some of these documents that as the possicater would put in, that I'm making it up or trying to get ar uery, so to speak.

Well for some reason the first document or Mr Lt Ryder booking me, were I did disaplenary actions seems to be missing from my records.

The only time that, that could have happen is when I went to get a operation.

Allso I did greive C/O Blue and C/O manitter but never recieve any response.

And there are so many sich call slips and grievances pertaining to linda hunter and the pain that I was going through.

But I do have these, and as you can see from what I have, it does have merritt to stand firm in federal court.

Gander hill makes it real convenet not providing inmates with copys of these grievancies and other documents.

And as you can see because of the two incedents concerning a bottom bunk, instead of doing the right thing by putting me on a bottom bunk they choose to put me in the hole instead and my status went from minimum to medium, witch is undo hardship for me, just because I couldn't sleep on the floor. There isn't a jeoury in the that wouldn't find in my favor,

                                        Sincerely yours

FILED MAY 18 2006

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION

TO: Collins, Harry T.          SBI: 156625

FROM: I.B.C.C.                  Housing Unit: 2Y 12

DATE: March 21, 2006

RE: CLASSIFICATION

Your M.D.T. has recommended you for the following:
Medium; Academics continue; New Visions rescind.

The I.B.C.C. decision is to:

___ Recommend Approve     ___ Not Recommend Approve     ___ Defer

_✓_ Approve               ___ Not Approve               ___ No Action

Reason:
[ ] Lack of Program Participation
[ ] Pending adjustment boards
[ ] Gradual phasing indicated
[ ] Open Charges
[ ] Program Does not meet your needs
[ ] Lack of Evidence that you have Addressed your problem in a serious manner
[ ] Failure to address treatment issues in relation to your Offense
[ ] You present a current and continuous danger to the safety of staff, inmates, the good order of the Institution.
[ ] Other:

[ ] Time remaining on sentence
[ ] Prior failure under supervision
[ ] Poor Institutional Adjustment
[ ] Serious Nature of Offense
[ ] Prior Criminal History

Review Date: S.T.R.D 05/09/06
ADDITIONAL COMMENTS:

**APPROVED**
[ ] LIFE SKILLS
[ ] NEW VISIONS
[ ] P.R.C.
[ ] WORK POOL
[ ] CIVIGENICS
[ ] ACADEMICS

[ ] MAXIMUM
[ ] MEDIUM
[ ] MINIMUM
[ ] COMMUNITY/MINIMUM

**RECOMMENDED**
[ ] DCC
[ ] MCI
[ ] SCI
[ ] WEBB
[ ] WR
[ ] CREST
[ ] ~~DUI~~

_/s/ Dane J. Williams_              _/s/ Stewart_
Warden's Signature/Designee         I.B.C.C. Chairperson Signature

CC: Original to Inmate        Institutional File        Treatment File
FORM #: 606 (3-part NCR)

## HOWARD R. YOUNG CORRECTIONAL INSTITUTION
## RECEPTION AND DIAGNOSTIC UNIT (RDU)

To: _Harry Collins_   Unit: _1D-14_   SBI # _156625_

From: Steven Deller, RDU Counselor

Date: _7/29/05_

Subject: Initial Classification Recommendations

NOTE: { On 8/10, CICB approved you for Minimum, Education, and New Visions (25) }

On _7/28_ you were recommended by the Multi Disciplinary Team (MDT) for:

| Security: | Institution: | Programs: | |
|---|---|---|---|
| ___ Community(WR) | ✓ HRYCI | ___ Key | ___ Alternatives to Violence |
| ✓ Minimum | ___ DCC | ___ New Visions | ___ Mental Health |
| ___ Medium | ___ SCI | ✗ Life Skills | ___ Transition Unit |
| ___ Maximum | ___ WCF | ___ PRC | ___ DUI Program |
| | ___ WR (via VOP) | ___ Work Pool | ___ Personal Challenges |
| | | ✗ Education | ___ Substance Abuse Reality (SAR) |
| | | ___ YCOP | ___ Family Problems |
| | | ___ Greentree | ___ Crest |

This recommendation will be forwarded to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**. You will receive notification from the CICB only if they disapprove the MDT recommendation.

Comments: _Write when the open charge is resolved._

Approximate Date of Next Classification: _10/05_

_Ms. Dixon_

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  _Harry Collins        1-D_

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   _8-24-05_

RE:        YOUR RECENT MEDICAL GRIEVANCE #05-_10177_

This memo is to inform you that the grievance submitted by you dated _8-11-05_, regarding medical concern(s) is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: _____.

**_X_  This is an issue/complaint that has already been grieved by you or another inmate. #14983**

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

____ Action request is inappropriate or not completed. Inmate must make an actual request, such as,

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 12/13/2005

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLLINS, HARRY T J | SBI# : 00156625 | Institution : HRYCI |
| Grievance # : 19474 | Grievance Date : 10/23/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Grievance Process | Incident Date : 10/23/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 1, Bed A | |

### RGC

Date Received : 11/08/2005   Date of Recommendation: 12/07/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Kerns, Frankie | Deny |
| Staff | | Tillery, Eldora C | Deny |
| Inmate | 00377042 | HALE, DWAYNE T | Deny |
| Inmate | 00287697 | OCTAVIO, ROBERT J J | Deny |

### VOTE COUNT

Uphold : 0     Deny : 4     Abstain : 0

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

RGC convened 12/7/05

The Committee recommends that the grievance be denied. Committee concurs with Major Williams.

*was denied my copys*

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 11/07/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** COLLINS, HARRY T J | **SBI#** : 00156625 | **Institution** : HRYCI |
| **Grievance #** : 19474 | **Grievance Date** : 10/23/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Resol. Date** : |
| **Grievance Type:** Grievance Process | **Incident Date** : 10/23/2005 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1C, Cell 5, Bed C | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Dear Mrs. Moody I never got a copy of the mail grievance that I sign off on almost 2 weeks ago. What do I have to do, put in another grievance form on the matter and mail hat one to the Warden, or what, please check into this matter for me and find to where my copy is

**Remedy Requested** : To receive a copy of the mail room grievance that I sign off on over two weeks ago.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO          **Date Received by Medical Unit :**

**Investigation Sent :**              **Investigation Sent To** : Williams, Dave

**Grievance Amount :**

| Disciplinary# | HRYCI Howard R.Young Correctional Institution | Date: 12/14/2005 |
|---|---|---|
| 3012584 | 1301 E. 12th Street WILMINGTON DE, 19809 Phone No. 302-429-7700 | |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1   **Housing Unit:** Pod 1E   **IR#:** 3016155

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00156625 | Collins, Harry T J | HRYCI | Pod 2C | 12/13/2005 | 10:05 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

**Witnesses:** 1. Cooper, Leathia    2. N/A    3. N/A

### Description of Alleged Violation(s)

On Tuesday, December 13, 2005 I/M Collins, Harry Stated That He Had A Memo To For The Bottom Bunk. I C/O Cooper Notified Cp Mcmillan In Primary Control To Find Out If The Memo Was Still Valid Since It Was Dated From October 3, 2005. Cpl Mcmillan State The Memo Was Good For 90 Days And That I/M Collins Could Have The Bottom Bunk Or The Floor, He Just Couldn'T Have The To Bunk. I Then Gave I/M Collins The Info He Then Stated He Was Not Locking In. I C/O Cooper Gave I/M Collins A Direct Order T Lock In, I/M Collins Did Not Comply A Code 6 Was Called. Various Qrt Members And Lead Worker Arrived And Escorted I/M Collin To Medical And Then To 1e To Be Housed. Eor.

**Reporting Officer:** Cooper, Leathia (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Cooper, Leathia -Correctional Officer

Code 6 Called

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☐    **Disapproved:** ☐    **Approved By:** _()_
**Comments:** N/A

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:** ,_

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

, ()

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____    **Offender:** _____

, Collins, Harry T J

*Second time, I was sent to the hole for refusing to sleep on the floor*

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:         Harry Collins                    2-5

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:       10-31-05

RE:         GRIEVANCE #05-19474

Please be advised that your grievance has been received in the office of the Grievance Chair regarding _____copy of grievances_____.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Resident Grievance Committee (RGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.

Thank you for your patience.

*ask for copys of all greivace again*

| DR# | HRYCI Howard R. Young Correctional Institution | Date: 12/16/2005 |
|---|---|---|
| 3012584 | 1301 E. 12th Street WILMINGTON DE, 19809 Phone No. 302-429-7700 | |

## DISCIPLINARY HEARING DECISION

Inmate : Collins, Harry T J  SBI#: 00156625  Type: Class 1

Institution: HRYCI Howard R. Young Correctional Institution  Hearing Date: 12/16/2005  Time: 14:00

Inmate Present: Yes  Reason(If No): N/A

Violation: 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

Inmate PLEA: **Not Guilty**

Inmate Statement: The inmate states that the only way he knew to be able to talk to someone was to not lock in.

Witness Name: Cooper, Leathia

Testimony : N/A

Decision : Guilty

Rational : Due to the circumstances involved and the fact the inmate does have a memo from medical stating he should be on a bottom bunk. The inmate was notified in the future refusing to lock in is not the correct way to handle this issue.

Sanctions: N/A

HEARING OFFICER'S SIGNATURE _____ Dych, Walter

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO   [X] DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal  [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified  [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 12/13/2005 | 10 | 12/22/2005 |

*I ask to speak to a Lt and was denied, then they called a code on me, pt put me in the hole for 10 days, to cover up there mistake*

<div style="margin-left: 2em;">

**Delaware Center for Justice**
100 West 10th Street, Suite 905
Wilmington, DE 19801

**Adult Offender Services Program**

Date: October 13, 2005

**Harry Collins # 156625**
**Howard R. Young Correctional Inst.**
**P.O. Box #9561**
**Wilmington, DE 19809**

**Dear Mr. Collins:**

This is to acknowledge receipt of your letter. After careful review of your letter, the following decision has been reached:

- ☐ We do not deal with the issue(s) in your letter
- ☐ We advise you to contact your institutional medical provider
- ☐ Provide additional information on the matter for follow up
- ☐ Contact your Counselor at the institution for help and guidance
- ☐ We will contact you upon further investigation and follow up
- ☐ File a grievance using the internal 4.4 Grievance Procedure
- ☐ Requested information enclosed
- ☒ **Other: I spoke with medical in regard to your medical treatment. They are currently addressing issue of pain and a bottom bunk memo was issued. I hope they have addressed all your needs. If you need further assistance, please write.**

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
*Case Manager, Adult Offender Services*

</div>

[Handwritten margin note:] As you can see here I went through a lot of trouble to get a bottom bunk, being I was in so much pain, that there was no way I could get down on the floor, not only that, nobody is suppose to be sleeping directly on the floor in the first place, sick or not sick

HRYCI Howard R.Young Correctional Institution    Date: 04/22/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

Offender Name: COLLINS, HARRY T J     SBI#: 00156625

Institution    : HRYCI Howard R.Young Correctional Institution    Location: Pod 2R

Sanction Start Date: 4-22-06   Time: 1500     End Date: 4-23-06  Time: 1500

Violation Description: 043. 2.13/200.111 Possession of Non-Dangerous Contraband

036. 2.06/200.108 Failing to Obey an Order

Sanctions Imposed: Loss of All Privileges/24 Hrs

_____                    C/o J. Smith
INMATE'S SIGNATURE                              STAFF WITNESS' SIGNATURE
COLLINS, HARRY T J

This was eillagal, I didn't disobey any order

Page 1 of 1

*[handwritten margin note, rotated: As you can see I've ask for all my medical and other grievance copys and will not received]*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:     Inmate  _Harry Collins_  1:E

FROM:   Sgt. Moody, Inmate Grievance Chairperson

DATE:   11-28-05

RE:     YOUR RECENT GRIEVANCE #05- _20553_

This memo is to inform you that the grievance submitted by you dated _11-18-05_, regarding _copy of grievances_ is not grievable for the following reason(s):

___ The complaint was addressed by the IGC: _____

___ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

___ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

___ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

___ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

___ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

_X_ This is an issue/complaint that has already been grieved by you or another inmate. _05-19474_

___ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

___ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

___ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## MEMORANDUM

TO:   Harry Collins, 156625
      1E Pod

FROM: Warden Raphael Williams

DATE: December 12, 2005

SUBJ: **YOUR RECENT CORRESPONDENCE**

*Your allegations of being choked by Lieutenant Ryder have been investigated and there is no merit to your complaint.*

RW:adc

**DISTRIBUTION**

File

*[Handwritten:]* What Coptian wrot back, but theres a vido tape in witch I stated he chockoll me and also you could see the marks on may neck, not only that I don't know the nures name yet but she can witness to the fact that there was finger prints on my neck



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### MEMORANDUM

TO:          Harry Collins, 156625
             1E Pod

FROM:        Warden Raphael Williams

DATE:        November 30, 2005

SUBJ:        **YOUR RECENT CORRESPONDENCE**

Your recent correspondence has been forwarded to Captain Berggrun for investigation.

RW:adc

**DISTRIBUTION**

Captain Berggrun
File

*[handwritten: Answer to letter about Lt Ryder choking me]*

