# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

May 31, 2006

Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, DE 19801

      Re: *Harry Collins v. Hunter, et al*.
           C.A. No. 05-624-SLR

Dear Clerk of Court:

    A deficiency notice (D.I. 31) was sent to Plaintiff in the above named case, regarding his response (D.I. 30) to Defendant's motion to dismiss. To date there has been no action by Plaintiff to correct the deficiency. The state defendant will file a reply memorandum of points and authorities when the docket reflects that Plaintiff has corrected to deficiencies in his pleading.

                              Very truly yours,

                              /s/Lisa Barchi
                              Lisa Barchi
                              Deputy Attorney General

Xc:   Harry Collins