05-624

My name is Harry T Collins and I'm currently in SVOP Center and this is my story up and will now, what will happen next I shutter to wonder of this time.

I left Gander Hill and went to C.VOP Center, the next day that I was there, the Captian called me in his office and ask me if I would sign off on all the Grevinces that I had on medical in Gander Hill, I told him that I couldn't do that, thats when strange things started to happen.

First I was refused to be seen by a doctor there because of my current law suite and then the man that was next to me on the pod, got wrote up several times and went in front of the MDT board and they gave him 2 weeks santhien down here at S.VOP. and sent him back on the pod untill the next week when he would be transferred.

Well this man stewed and stewed untill he broke and hit me in the process, I than informe the C/O, Miller of what happen and she took me off the pod and put me on pod 3, it took the inmates so 10 minutes to figure out that I had told on the other guy that hit me, and at that time they told me that I should move to another bunk because the one that the C/O put me into was not a good place at the time. So I moved away from them just to keep peace, because I didn't want anything to happen to me when I was sleeping, the C/O who moved me to that bed come back and I told him that it was told to me that would be better off away for them

So I moved and he told me to moved back and I told him that my life was threaten and that I wouldn't move back to that spot, he then called a code on my and they talk me out and hand cuff me, but C/O Sgt Floor Cheak put the hand cuff on wrong and did nevue damger to my thumb. Which is still bothering me. they had stuk me in a holding cell and I stayed there from Sunday until Thursday, untill they transferred me down her
I spent 15 hours a day in the holding cell with no matteress, they only gave it to me at night to sleep with and then toke it in the morning, I was denied my legal work and allso my bible, I was constantly insulted by one Lt Donna Micheal with names like bich and mother fucker ect ect, monday witch was the next day when they put me in the holding cell she made a statement that she was going to injay sending me down S,Vop, to roll logs, so I knew right there and then that I wasen't going to get a fair hearing.
On wensday she finally offered me a shower, that was the forth day in the holding cell and the onley reason she offered me a shower then is because her superior, Captian May, had come back to work and I told her that, she really cust me out then. I was allso insulted by one C/O Hotterman and on wensday morning I didn't eat my breakfast fast enoght for him so he took it back from me, I told him that I needed that food because I was hipperglosemea witch my sugar gets really low, well later that day I went into shcok, not real bad but enought.

Also thursday before I was transferred to S,VOP that morning I had saved a banana from breakfast and mrs micheal come in and took it from me, her and mr hooterman new I had low sugar, but they didn't care, I could off had a heart attack and they would probley have done nothing, but thats speculation, I'll still to the facks

Wenesday the held what they called a emergency M.D.T board and Mr medewell held it but mr hooterman the man that I was having trouble with reccamended 45 days sankshion, which according to every one I talk to was way to much, I was not judge by a inparcal hearing people, they allready new what they were going to do befoor they did it

I pointed out the fact that it was there foult in the first place for putting mr Kelly back on the pod after giving him 3weeks down svop, and thats relly when mr medewell blew up, you see they don't want to amitt when there wrong, they have had nothing but problems in the passed from the man who hit me, if it would' had been any other place they wouldn't have done what they did with mr kelly

I also stated that I wanted to press chargees on mr kelly for hitting me but they never did that either

When captoin May came back to told him everything that I'm writting here, and he said to me, what you don't like black people, I said were did you get that from, and he also told me that he didn't what me back at C,vop and called down here and told them that I didn't like black people, because they ask me about it when I come in the door.

I know in my heart that I was going to have problems because of my low srite, Allso I take any lie detecter test you have to prove that every thing I wrote here is the truth, just ask them if they would do the same, even now I have wittness as to what happen and I'm writing names down here of people who were at CVOP who have had similar problems, their making shure that I never make it to work release and that I spend all my time right here, and if that happens I'll walk out of here with no money and no place to go, but I know one thing I'll go right to the news journal and expose this so called level 4 facility, because according to TIS regulations you only require 9 hours of supervision at a level 4 program, CVOP, is worst than max in Smyrna.

Sincerely Yours
Harry T Collins
156625
Sussex Community Corrections Center
23207 Dupont Blvd
Georgtown DE 19947



FILED
JUN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ scanned



WILMINGTON DE 197
10 JUN 2006 PM 2 L

Judge Robinson
United State District Court
844 King St. Lock Box 18
Wilm, DE. 19801