To the Clerk of Court

05-624 (SLR)

I'm sending you here the amended 1983, as for the original Law suite though that I had copys of has some how disapeared from my personal items

Sincerley yours
Harry T Collins
156625

FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Harry T Collins 156625
SCCC
23207 Dupont Blvd.
Georgetown, DE 19947
38 0609

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm De 19801-3570