
*Amended*

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) *Harry T Collins   156625*
   (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(2) _____
   (Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) *Doctor Derosier*

(2) _____

(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: *#05-624 (SLR)*
: (Case Number)
: (to be assigned by U.S. District Court)
:
: **CIVIL COMPLAINT**
:
: • Jury Trial Requested
:   FILED
:   JUL 1 0 2006
:
:   BD scanned

I.   **PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

*yes ( this law suite has been amended for the original, 12-26-05*

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ••Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  •(•Yes)  ••No

C. If your answer to "B" is Yes:

1. What steps did you take? _Put in grievances and talk to Lt's and wrote the warden several times_

2. What was the result? _New heard anything back_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Dr Dirosier_

Employed as _Doctor_ at _H,R,Y,C,I_

Mailing address with zip code: _PO Box 9561 Wilm DE 19809_

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. When I enter on the pod, the officer on duty called down to medical to see if Bottom bunk pass was valid, Dr Durosier told her that I could either sleep on the floor or the bottom bunk.

2. At this time my Gall bladder was inflamed and I couldn't get up or down, and this was already documented at the time, I had already had problems before, I stated I couldn't get up and down from floor

3. The specialist whom did my operation, prescribed tylenol 3 and percosets, but I wasn't given the medication and given Darvaset instead.

4. Doctor Durosier also refused to give me my Arthritis medication as well and would only give me tylenol for pain, although Doctor Kendall had prescribed naperson for me.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want one hundred thousands Dollars for damages

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Thursday_ day of __7  2006__ , 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Harry T Collins_
Plaintiff

V.

_Doctor Derosier_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Harry T Collins_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant          • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _S.V.O.P_

    **Inmate Identification Number (Required):** _156625_

    Are you employed at the institution? _No_  Do you receive any payment from the institution? _____

    _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2. Are you currently employed?   • • Yes   • No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • • No |
    | b. | Rent payments, interest or dividends | • • Yes | • • No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
    | d. | Disability or workers compensation payments | • • Yes | • • No |
    | e. | Gifts or inheritances | • • Yes | • • No |
    | f. | Any other sources | • • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  •• Yes  •• **No**

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   •• Yes  •• **No**

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

7-7-06
DATE

_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:  Mrs. Tonya Smith
     Support Services Manager                           DATE: _____, ____
     Delaware Correctional Center
     Smyrna, Delaware  19977

FROM:  _____     _____
       Inmate Name   (Please Print Name)                SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_____
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)