IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-624-SLR |
| | ) |
| LINDA HUNTER, WARDEN RAPHAEL WILLIAMS, and CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, Plaintiff Harry T. Collins, a prisoner held at the Sussex Violation of Probation Center (SVOP), Georgetown, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on June 12, 2006, plaintiff filed a letter which the court construes as a motion for injunctive relief to stop defendants' retaliatory conduct as a result of the filing of this lawsuit (D.I. 35);

THEREFORE, at Wilmington this 19th day of July, 2006, IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's letter/motion (D.I. 35) on or before **August 18, 2006**.

2. Plaintiff may file a reply on or before **August 25, 2006**.

_____
UNITED STATES DISTRICT JUDGE