Dear Judge Robinson

C.A NO 05-624-SLR

My name is Harry T Collins and as you know I have a current law suite in your court, at this time I'm asking to amend my law suite again. on the grounds that I'm stating here below

Since I started this law suite I've had a lot of problems with my stomach and I was led to beleieve that it was all because of my gall batter, and so after 7 months of waiting they finialy sent me out for a operation, but I also had alot of stomach pains and one doctor ordered a Cat Scan because he didn't beleive that all the pain was comeing from my gallblatter.

It's been 5 months now and I'm still haveing the same problems and there getting worse, and I feel that it might be stomach cancer, or colons cancer, they have orderd test which I'll probley max my time out before these test are made, if I were home or when I get home I would go right up to the emergence room and find out whats going on with me, and I feel that if it is cancer, that by the time I get out of here, it might as well spead to far to be in effective treatment

I have degenitive atthrities, a bad back, flat feet and stomach pains on top of that, I have been made to carry a mattress because I was caught laying down, made to stand on what they call the foot prints and eat meals for long piriods of time because I had to use the bathroom, and the abuse goes on and on.

I am work release and the reason they sent me down here is because of my current law suit in your court, they were afried that I would file suite on them as well, and since I am work release, if I were still in the G,V,O,P Center I wouldn't be subject to this type of abuse that I'm faceing here everyday, if my health were much better than what it is I wouldn't mined what they do, I think some of things that they do is funny because it brings back memorys of when I was in the service, but for some one in my current health condishion, this is not were I should be I have seen terrable things happen to people in here, and I don't understand how they are able to get away with some of the things that they do, so thats why I'm asking to amend my current law suite aganest the medical for letting this place treat me like this and also S vop center, for treating the way they do, knowing what my current health status is.

I'm expensively haveing a ~~to meeger doing most of~~ this stuff to me

FILED
JUL 26 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely Yours

Harry T Collins
156625

Harry T Collins
154655

SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947


WILMINGTON DE 197
25 JUL 2006 PM 3 L


U.S.M.S.
X-RAY

Judge Robinson
United States District Court
844 N. King Street Lock Box 18
Wilm DE 19801-3570