IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-624-SLR |
| ) | |
| LINDA HUNTER, WARDEN RAPHAEL ) | |
| WILLIAMS, CORRECTIONAL ) | |
| MEDICAL SYSTEMS, MEDICAL ) | TRIAL BY JURY DEMANDED |
| DIRECTOR DANA BAKER, ) | |
| CORRECTIONS OFFICER BLUE, ) | |
| DR. DEROSIER, CORRECTIONS ) | |
| OFFICER MANERTTI, ) | |
| LT. C/O RYDER, and ) | |
| STAN TAYLOR, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT

Kindly enter my appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems"), in the above-captioned matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC. (incorrectly identified as "Correctional Medical Systems")

Date: August 2, 2006
\15_A\LIAB\KJCONNORS\LLPG\368035\VLLUCAS\13252\00168