IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS,            ) | |
|                              ) | |
| Plaintiff,                   ) | |
|                              ) | |
| v.                           ) | Civil Action No. 05-624-SLR |
|                              ) | |
| LINDA HUNTER, WARDEN RAPHAEL ) | |
| WILLIAMS, CORRECTIONAL       ) | TRIAL BY JURY DEMANDED |
| MEDICAL SYSTEMS, MEDICAL     ) | |
| DIRECTOR DANA BAKER,         ) | |
| CORRECTIONS OFFICER BLUE,    ) | |
| DR. DEROSIER, CORRECTIONS    ) | |
| OFFICER MANERTTI,            ) | |
| LT. C/O RYDER, and           ) | |
| STAN TAYLOR,                 ) | |
|                              ) | |
| Defendants.                  ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify an that Entry of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems"), has been served on August 2, 2006 via electronic filing upon all counsel of record and via U.S. Mail upon plaintiff.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: */s/ Kevin J.Connors*
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Date: August 2, 2006
\15_A\LIAB\KJCONNORS\LLPG\368037\VLLUCAS\13252\00168