Dear Judge Robinson

C.A. No 05-624-SLR

After my last letter, things have been getting worse here at S.V.O.P due to my current health problems I'm subject to all sorts of mental and phisical abuse.

I keep putting in medical slips to see the doctor and so far its been going on three weeks now and still haven't seen the doctor.

I have a bad lower back, and althritis in my spine and I have had injections in my spine for pain. Also when they did my gall blatter operation, they gave me a hernya in my upper chest and it bothers me all the time, I have complain about this problem constanly.

I got cought laying on the floor because they don't want you laying on your bed in the day time and I had to stand with my mattress for over a half hour, and now I'm really in pain, this is the second time that this is happen to me, but thats really the only time that my chest doesn't hurt me, if I'm standing up or laying down, it hurts if I'm sitting up to long, and the doctor told me himself that most likely I would have to get another operation to correct the problems.

C/O Chaplian who made me stand on line, even after I told him that I couldn't hold or carry the mattress that I was laying on, but he didn't want to hear it and I was to afraid to say no for fear that he would spray me with mace, spray, I fear for my health and well being in here all the time, the C/Os don't like people who have disabilities and they treat them like crap, when this C/O Chapman got done with me phisicly he started abusing me mentaly, he called me a no dick mother fucker.

I have people heer who would gladly come to court for me to be a witness, And its not just me they abuse, there's a guy here, whos 54 years old who they put on a top bunk and he fell off, and broke his hip and ankle, now he'll probly never walk right again, and they really treat him bad.

The it the worst part about the whole thing is if I was still at C.VOP were I was suppose to be at in the first place, your allowed to lay down as much as you want, I told you before that there would be constant retalliation over this law suit, I at this time do what to amend it again, down here.

Sincerely Yours
Harry T Collins
156625

FILED
AUG -2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned



WILMINGTON DE 197
01 AUG 2006 PM 3 T

Jerry T Collins
156635
CC
OP/SWRU
207 Dupont Blvd.
orgetown, DE 19947

U.S.M.S.
X-RAY

Judge Robinson
United States District Court
844 N. King Street, Lockbox 18
Wilm DE 19801-3570