IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civ No.: 05-624-SLR |
| | : | |
| LINDA HUNTER, WARDEN RAPHAEL WILLIAMS and CORRECTIONAL MEDICAL SYSTEMS, | : | |
| | : | JURY OF 12 DEMANDED |
| Defendants | : | |

## ORDER

And now, this _____ day of _____, 2006, upon consideration of the Response of Defendant, Correctional Medical Services, Inc., in Opposition to Plaintiff's Motion for Injunctive Relief and Cross-Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint, it is hereby Ordered that Plaintiff's Motion for Injunctive Relief is denied and the Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint is Granted and judgment is entered in favor of the Defendant, Correctional Medical Services, Inc., and against Plaintiff.

So Ordered

_____
Judge

\15_A\LIAB\ESTHOMPSON\LLPG\371163\ESTHOMPSON\13252\00168