# EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Harry T. Colllins v. Linda Hunter, Warden Raphael Williams and rectional Medical Systems
Civil Action No. 05-624-SLR