**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

August 24, 2006

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:  **Harry Collins v. Hunter, et al.**
           **C.A. No. 05-624-SLR**

Dear Judge Robinson:

    On May 11, 2006 Plaintiff was notified by the Clerk of Court that there was a deficiency in his Answer to State Defendant' Motion to Dismiss. (D.I. 31).  Defendant Williams notified the Clerk of Court via letter that he would wait for a notification that the deficiency had been corrected, and would then file a Reply. (D.I. 33).  As of this date it appears the deficiency has not been corrected.  Defendant Raphael Williams is waiving service of a corrected copy of Plaintiff's Answer to State Defendant's Motion to Dismiss and is filing his Reply in Support of his Motion to Dismiss.  Should Your Honor have any questions counsel is available at Your Honor's convenience.

                              Respectfully Submitted,

                              /s/Lisa Barchi
                              Deputy Attorney General

Xc:  Harry Collins
      Kevin Connor, Esquire (via PACER)
      Clerk of Court