FILED

SEP 7 2006

SUE L. ROBINSON
U.S. DISTRICT JUDGE

Your Honorable Judge Robinson

As to a answer to what CMS and DOC has sent & said its like happen since then, but let me clear up a few thing concerning their response As of now.

First I was refused treatment in my press letter at CVOP and not here, I'm presently on another sanstions here at SVOP and all my legal work is currently over at the Work Release Center, but I do have the name of the doctor that refuse me treatment at that time and will send it to the court for futher investigation.

As you are aware from some of my correspondence that I've been suffering pain in my stomach and indeed did have a bad gall blatter, and was seen by two specialost at the time, one of them ordered a cat scan because he didn't believe that my gall blatter was all the problem, he was right because after I got out my gall blatter the pain in my stomach keep hurting me, and still do.

Since I've been down here I have put in so many sich call slips, and CMS lawyer has sent me his discovery and there are only (2) sich call slips in there, and the are no grievance forms that I file either.

I allso signed athroizston forms as well to retrieve my medical record's for orious places, that to was never done here, or in Bowers Hill either, whats wrong with this picture.

Since I've been here it took me allmost (3) months just to get the doctor to put me in for a colton test to see if I have colton cancer, by the looks of things this will never take place, because cms doesn't want to spare the finachal burdoin if they fine out that I do have cancer.

So in the mean time, I've been made to carry a matteress, because I was caught laying down do to my stomach pains.

Then I was caught again, trying to sleep on the floor because of stomach pains and was abused verbally and made to hold a mattress for some time.

I was in a lot pain for the next two to three days on both occaltions and was made to stand at the last pinch a couple of times for things like

ships or that to, because lately what ever it is thats hurting me has gone to my blatter as well and I have to constantly urinate all the time I have discussed this as well with the docter but it doesn't seame to be important to him

The C.O.s don't like it much down here when you write them up for the things that I have exspain in this letter so theire found other intrestive ways to retaleate against me, this is part of the reason why Im back at Sanction and Im shure it's going to be alot more befour its over, because I am going to lay down when I don't feel good and I will be reporting back to the court again

I even ask the docter for a memo to lay down but he told me he couldn't give it to me and that he would have to put me in the infermery, I told him to do just that untill he fines out whats wrong with me. The last docter I seane must really be a ringer and I suppose thats why they sent me to him in here, he didn't care one way or another why, or what was wrong with me, but I did fine out one thing, all the times they have been taking my blood pressure and wrote it down in my filer theire all missing exsept for one.

Two weeks ago I come over here, S.H.O.P. from C.H.O.P. for sick call and was told that I wasent needed at that time, I then made a statement to this black nurse that I was going to file a greaveance and he started hollarwering at me, untill the C.O.s come in and wrote me up for not having my T shirt tuck in, allthrough all that time befoure it werent a problem they were just looking for something at that time to write me up for, but any way the other nurse took my vitols and they were highter so he was suppose to take them again, but told me to get out of the infermery and don't come back, he refuse to see me, so most likely thats why my records have been altered at this time

But one thing they can't change is the fact that my blood pressure medicine has been change over three times, because it has been alter

your honor, I have made the warden aware of these problems and he has not yet responded to one of my grievances. I'm beginning to think that this place doesn't even have a warden, and I think since he has been aware of the problems here I would like to make him responsible for the current situation here as well, after all, this is his institution

I've also had another nurse who goes by the name of Judy, but I don't know either one of the nurses names because nobody will tell me, but she has refuse to give me meds on several times and once she made a statement that I had hepatitis C, infront of several other inmates, which was totally unprofessional.

I just thought god that I have less than two months left to go and when I get out, I intend to take this to the full extent it deserves.

I ask that you consider my amendment again under the 8th amendment. At this time.

I also do believe that as a doctor it is his or her obligation to rule out with out a reasonable dout the nature of a problem, and not to simply over-look the matter because it would be a finacial burden on CMS, while all the time I'm suffering pain that I shouldn't be in the last 8 months that anyone in the medical proffession would of address long before now, even the hospital would have taking better care of me if I was walking in off the street with no insurance, is there no human deceantancy or moral ethics involved here with this company, or the people that work for them

I have the strange thought that if it is cancer their going to tell me Mrs Collins had you address this problem 8 months ago you would had been alot better off

Who's gonna take responceablity for my death, or even care for that matter when I'm gone, I'll just be another statistic on some charts some were

Also concerning the refusal of treatment, yes on some accashions I did refuse treatment because I was abuse by DOC Staff, such as when I came out of medical the cos world make me stand by the door for long periods of times while I stood there, and they made small talk, on one

vocation I told officer McGee that I had a memo saying that I
could only stand for a half hour at a time, he made me go get my breakfast
tray, and stand on the foot prints for all most a hour. and eat standing up
said he was teaching me a lesson about keeping my mouth shut.
Allso concerning meds that were order for me, this is what this case started
out in the first place, because I have hepatitees C and I stated that I
couldn't take motrin or tylenol, for fear of doing rather damage to my
liver, and when I was prescribe these meds they were few. and far
between, I have waited up to 2 months at one time to get med's
renewed.

what I see more than anything else in this case is how these
people, lawyer and prossecuter have tryed to manipulate this case
into some fairy tale story, and according to my better judgment
they both should be nominated for a oscur or emmey award
I'll be out in two months, 3 months from then I'll have access to
a computer and a good law library and finacheal, funding to really
show these people that you can walk over some people but I not one
of them, I'm very intelligent, I just can't spell very good, but a good
computer goes a long way and I type alot better than I write


Sincerely Yours

Harry T Collins

8-25-06

Judge Robinson
Federal District Court
844 M. King St. Lock Box 31
Wilm, DE. 19801

WILMINGTON D
02 SEP 2006 P