IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-624-SLR |
| | ) |
| LINDA HUNTER, WARDEN RAPHAEL WILLIAMS, CORRECTIONAL MEDICAL SYSTEMS, and DR. DEROSIER, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 12th day of January 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendant's motion to dismiss (D.I. 24) is **granted**.

2. Correctional Medical Systems' motion to dismiss (D.I. 45) is **granted**.

3. Plaintiff's letter/motion to amend/correct (D.I. 43) is **denied**.

4. Defendants Linda Hunter and Dr. Derosier are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

5. Plaintiff is given leave to file an amended complaint. The amended complaint shall be filed within **30 days** from the date of this order. Plaintiff is placed on notice that the case will

be closed if an amended complaint is not filed within the 30 day time period.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE