Notice of Change of Address

I Harry T Collins, have changed my address, as of 2-9-2007, to, 211 Harding Ave Wilm DE 19804

*[signature]*

05-CV624 SLR