Dear Honorable Judge Robinson

I hope this letter finds you well, I would at this time like to clear up a matter of great importance to me.

It seams that the institution gave the prosecutor in this case a address from at lest 20 years ago were I live at one time.

Your honor I have been in Gander Hill I know over 6 times since then and always gave them the address that I'm living at right now.

So you see I think that this was surly deliberate on there part to make this thing go away, also I was up there in the court last week and wasn't given a copy of this order at that time either.

Had I had been aware of the current situation I surly would have acted much more faster.

You have known me for close to two years now through correspondence with you and I'm sure you know by now that I have come to far to jeopardize this case now. In the brief that is before you now I put a lot of time into your honor, I can only type with one finger so you must know how much work it took me to do this.

I'm asking your honor to take all these facts and consideration into matter before you dismiss my case.

Look forward to hearing your replay very soon.

> Respectfully Yours
> Harry T Collins

*Harry T Collins*

2-16-06

Case No 05-624-ShR