## MOTION TO AMEND

Harry T Collins
    PLAINTIFF
V.

Linda Hunter, Warden Raphael Williams
correctional Medical Systems, and
Dr.Derosier..

Civil Achion No. 05-624-SLR

---

**I Harry T Collins** swear that the statement that I'm about to give be true to the best of my ability and understanding here this day, on and about February 10th 2007 in light of the outcome of the current resolution of this case do in fact give to the best of my ability complete facts and knowledge pertaining to the case at this time.

At this time in these processing do attempt to list in my order of recognition in witch I'm capable of doing so as a po-see person in this case.

Pertaining to **Warden Williams** in this case there are a lot of disputable fact, as I will attempt to point out pertaining to this matter at hand.

**Mr .Williams**, Is he not in fact responsible for what goes on in his prison, exspescailey when made aware of the current situations as they arose in his prison. and is he not indeed responsible according to his job title, or dose the state grate him complete amenity from his responsibility there of.

**Section 1, exhibit A, Mr. Williams** did in fact know on a regular basis every time I had a problem in his prison as you can see here, 1 sent him grievances in which his office did document on a regular basis..

As to weather I can obtain the original copies of these grievances is yet to be seen, but as for now these are what they return to me as documentation as listed here in exhibit A section 1.

**Grievances in numbers and dates.**
Number, 16475, 8-22-05
Number, 16523, 8-28-05

Number 16945, 9-5-05
Number 20553, 11-18-05
Number 22152, 1- 2-06
Number 36423, 4-19-06
Number 30944, no date

It seams that these are what I have left considering the fact that I was put in solitary condiment due to my condition and was denied my legal work for quiet some time and even put grievance on this but don't have them in my files.

I Harry T Collins do swear that the facts in this case be true to the best of my ability and understanding of law and court proceedings.

And it's my understanding that to present the best truth and knowledge as the law see fit for me to do so in a court proceeding.

And I swear to up hold the law in any and all truths pertaining to this case.

                                                  Respectfully Yours
                                                  Harry T Collins

_Harry T Collins_      _2-16-06_
My Signature

_____
Witness Signature

_____
Notary Signature