**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HARRY T. COLLINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.:  05-624-SLR |
| | : | |
| LINDA HUNTER, WARDEN RAPHAEL | : | |
| WILLIAMS and CORRECTIONAL MEDICAL | : | |
| SYSTEMS, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR**
**ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE 54(b)**

Defendant, Correctional Medical Services, Inc., by and through its attorneys, moves

before this Court to enter the attached Order, entering final judgment in this action and states as

follows:

1.      On January 12, 2007, the Court issued a Memorandum Opinion and Order in

response to Correctional Medical Services Inc.'s Motion to Dismiss.  A copy of the Court's

Memorandum Opinion and Order of January 12, 2007, is attached hereto as Exhibit "A".  D.I. 55

& 56.

2.      In the Court's Opinion and Order of January 12, 2007, the Court held that plaintiff

failed to state an actionable constitutional claim against Correctional Medical Services, Inc. for

deliberate indifference to a serious medical need.  The Court noted that the Complaint did not

allege that either Warden Raphael Williams or Correctional Medical Services, Inc. were aware

that plaintiff faced a substantial risk of serious harm or that they failed to take reasonable steps to

avoid the harm.  In addition, the Court found that the Complaint contained no allegations

identifying a policy of practice of Correctional Medical Services, Inc. that suggested deliberate

indifference to plaintiff's serious medical needs.  Therefore, the Court granted the Motions to

Dismiss.  Plaintiff, however, was given leave to file an amended complaint within thirty (30)

days.  On February 16, 2007, plaintiff filed an Amended Complaint against Warden Williams

only.  D.I. 62.

3.      Pursuant to Federal Rule of Civil Procedure 54(b), Correctional Medical Services,

Inc. moves this Honorable Court to enter final judgment on the Court's prior decision on

Correctional Medical Services, Inc.'s Motion to Dismiss.

4.      Rule 54(b) entitled "[j]udgment upon multiple claims or involving multiple

parties", provides:

> When more than one claim for relief is presented in an action, whether as a claim,
> counterclaim, cross-claim, or third-party claim, or when multiple parties are
> involved, the Court may direct the entry of a final judgment as to one or more but
> fewer than all of the claims or parties only upon an express determination that
> there is no just reason for delay and upon an express direction for the entry of
> judgment.

5.      There is no just reason to delay the entry of a final judgment as to Correctional

Medical Services, Inc. in the present case.  Correctional Medical Services, Inc. was dismissed

because plaintiff failed to state an actionable constitutional claim against them for deliberate

indifference to a serious medical need.   Moreover, plaintiff never amended his Complaint

against Correctional Medical Services, Inc.  Entry of a final judgment as to Correctional Medical

Services, Inc. would not hinder the progression of plaintiff's still active case.

WHEREFORE, defendant, Correctional Medical Services, Inc., respectfully moves this

Honorable Court to enter the attached Order expressly determining that there is no just reason for

delay and expressly directing entry of final judgment in favor of defendant, Correctional Medical

Services, Inc.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY :** */s/ Kevin J. Connors*
**KEVIN J. CONNORS, ESQ.**
**DE Bar ID: 2135**
**1220 North Market Street, 5th Fl.**
**P.O. Box 8888**
**Wilmington, DE 19899-8888**
**Attorney for Defendant,**
**Correctional Medical Services, Inc.**

Date: March 16, 2007

\15_A\LIAB\KAMEANY\LLPG\411506\KAMEANY\13252\00168

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that on this 16th day of March, 2007, that copies

of the attached MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.,

FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE 54(b) have been served

electronically via E-File & Serve.


**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY :** */s/ Kevin J. Connors*
**KEVIN J. CONNORS, ESQ.**
**DE Bar ID: 2135**
**1220 North Market Street, 5th Fl.**
**P.O. Box 8888**
**Wilmington, DE 19899-8888**
**Attorney for Defendant,**
**Correctional Medical Services, Inc.**

Date: March 16, 2007
\15_A\LIAB\KAMEANY\LLPG\411506\KAMEANY\13252\00168