## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.:  05-624-SLR |
| | : | |
| LINDA HUNTER, WARDEN RAPHAEL WILLIAMS and CORRECTIONAL MEDICAL SYSTEMS, | : : : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Entry of Judgment, and all Responses thereto, the Court having determined that there is no just reason for delay, the Prothonotary is hereby expressly directed to enter final judgment in favor of Correctional Medical Services, Inc. and against Harry T. Collins.

_____
J.