**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HARRY T. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-624-SLR |
| v. ) | |
| ) | |
| LINDA HUNTER, ) | |
| WARDEN RAPHAEL WILLIAMS, and ) | Jury Trial Requested |
| CORRECTIONAL MEDICAL SYSTEMS, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Erika Y. Tross hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for Defendant Warden Raphael Williams.

| | |
|---|---|
| **STATE OF DELAWARE** | **STATE OF DELAWARE** |
| **DEPARTMENT OF JUSTICE** | **DEPARTMENT OF JUSTICE** |
| | |
| */s/ Lisa Barchi* | */s/ Erika Y. Tross* |
| Lisa Barchi (#3927) | Erika Y. Tross (#4506) |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| lisa.barchi@state.de.us | erika.tross@state.de.us |

Date:   April 20, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on April 20, 2007, I caused a true and correct copy of the attached *Substitution of Counsel* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

_✓_Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

                          */s/ Erika Y. Tross*
                          Erika Y. Tross (#4506)
                          Deputy Attorney General
                          Delaware Department of Justice
                          Carvel State Office Building
                          820 N. French Street, 6th Floor
                          Wilmington, DE 19801
                          302-577-8400