

## PETITION FOR LEGAL COUNSEL

Harry T Collins
   V
           Date 5/14/2007
Linda Hunter
Warden Raphael Williams and
         C A No.05-624-SAR
Correctional Medical Systems,

Dear Judge Robinson

It is with my deepest respect for you and the Federal District Court of the United
States of America  to request at this time legal counsel.

### REASON BEING IN FACT AND TRUTH

{1} At this time I neither have funds or will not have in the future to come.

{2} I'm seeking legal counsel because, I have no access to legal repensentashion
and being incarcerated I was afforded that right, but as it stands now I don't have
the money or access to legal advice to know how to proceed in this case at hand.

      Respectfully Yours

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served this _____5·21·07_____ upon the following in the manner indicate

**U. S District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1;05-cv-00624-SLR**

## BY HAND

| | |
|---|---|
| **Defendant** | **Defendant** |
| Warden Rapheal Williams | Correctional Medical Systems |

**Represented By**
**Kevin J Connors**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, De 19801
PH 302-552-4300

**Represented By**
**Erika Yvonne Tross**
Delaware Department of Justice
820 North French Street
6th Floor
Wilmington De 19801
PH 302-577-5866

Signature of Plaintiff

**Plaintiff**
**Harry T Collins**
211 Harding Ave
Wilmington De 19804
PH 302-994-5177

FILED
2007 MAY 21   AM 11: 39
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE