## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



June 20, 2007

Mr. Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman
 & Goggin
1220 North Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

Erika Yvonne Tross, Esquire
Delaware Department of Justice
Civil Division
820 North French Street, 6th Floor
Wilmington, DE 19801

Re:  Collins v. Warden Raphael Williams and CMS;
     Civ. No. 05-624-SLR

Dear Mr. Collins, Ms. Tross and Mr. Connors:

Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2. On or before **July 20, 2007**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

Cordially,

SUE L. ROBINSON

SLR/rd
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS and | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this       day of July, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be completed on or before **November 20, 2007.**

. 2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **December 20, 2007**. Answering briefs and affidavits, if any, shall be filed on or before **January 8, 2008**. Reply briefs shall be filed on or before **January 15, 2008**.

_____
United States District Judge