IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624 |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 29th day of June, 2007, having reviewed the motion filed by defendant Correctional Medical Services, Inc. ("CMS") for entry of judgment;

IT IS ORDERED that said motion (D.I. 65) is denied. Defendant filed a motion to dismiss plaintiff's amended complaint, which motion was granted by a memorandum and order dated January 12, 2007. There has been no determination on the merits; defendant did not seek in its motion the entry of judgment. The court, therefore, declines to grant relief not sought in the first instance.

_____
United States District Judge