**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

July 2, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Collins v. Warden Raphael Williams and CMS*
                    D. Del., C.A. No. 05-624-SLR

Dear Judge Robinson:

      Please allow this letter to reflect State Defendant Warden Raphael Williams's non-opposition to the Proposed Scheduling Order [D.I. 71] in the above-captioned action. Thank you.

                                Sincerely,

                                */s/ Erika Y. Tross*

                                Erika Y. Tross
                                Deputy Attorney General

cc:    Harry T. Collins, Plaintiff
        Kevin J. Connors, Esq., counsel for CMS

EYT/vd