**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**



July 10, 2007

Via: E-file & Serve
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

  Re: Collins v. CMS
    Our File No: 13252-00168
    C.A. No: 05-624-SLR

Dear Judge Robinson:

  In response to Your Honor's correspondence of June 20, 2007 with proposed Scheduling Order, D.I. #71, I write to advise Your Honor that defendant, Correctional Medical Services, Inc., has no objections to any portion of the proposed Scheduling Order.

  On behalf of Correctional Medical Services, Inc., I thank Your Honor for consideration of this matter.

           Very truly yours,

           */s/Kevin J. Connors*

           Kevin J. Connors

KJC/vll

Cc: Erika Y. Tross, Esquire – via E-file & Serve
   Harry T. Collins – via U. S. Mail

\15_A\LIAB\KJCONNORS\CORR\438400\VLLUCAS\13252\00168