IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-624-SLR |
| | ) | |
| LINDA HUNTER, WARDEN RAPHAEL | ) | |
| WILLIAMS, CORRECTIONAL | ) | TRIAL BY JURY DEMANDED |
| MEDICAL SYSTEMS, MEDICAL | ) | |
| DIRECTOR DANA BAKER, | ) | |
| CORRECTIONS OFFICER BLUE, | ) | |
| DR. DEROSIER, CORRECTIONS | ) | |
| OFFICER MANERTTI, | ) | |
| LT. C/O RYDER, and | ) | |
| STAN TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that a LETTER ADDRESSED TO THE HONORABLE SUE L. ROBINSON, ON BEHALF OF CORRECTIONAL MEDICAL SERVICES, INC.,(INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") REGARDING PROPOSED SCHEDULING ORDER has been served on July 10, 2007 via E-File & Serve upon counsel of record and via U. S. Mail to:

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN AND GOGGIN
                BY: */s/ Kevin J. Connors*
                KEVIN J. CONNORS, ESQUIRE (De I.D. #2135)
                1220 N. Market Street, 5th Floor
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorneys for Defendant, Correctional Medical Services, Inc.
                (incorrectly designated as "Correctional Medical Systems"

Date: July 10, 2007
\15_A\LIAB\KJCONNORS\LLPG\438410\VLLUCAS\13252\00168