IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY T. COLLINS,                          )
                                           )
              Plaintiff,                   )
                                           )
       v.                                  ) Civ. No. 05-624-SLR
                                           )
WARDEN RAPHAEL WILLIAMS and                )
CORRECTIONAL MEDICAL SYSTEMS,              )
                                           )
              Defendants.                  )

# ORDER

At Wilmington this 27th day of July, 2007, pursuant to Fed. R. Civ. P. 16

and D. Del. LR 16.2(c);

       IT IS ORDERED that:

       1. **Discovery**.  All discovery in this case shall be completed on or before

**November 20, 2007.**

       2. **Application by Motion**.  Any application to the Court shall be by

written motion filed with the Clerk.  Unless otherwise requested by the Court, the parties

shall **not** deliver copies of papers or correspondence to Chambers.

       3. **Summary Judgment Motions**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **December 20, 2007.**  Answering briefs and affidavits, if any, shall be filed on

or before **January 8, 2008.**  Reply briefs shall be filed on or before **January 15, 2008.**

                                   _____
                                          United States District Judge