IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-624-SLR |
| | ) |
| LINDA HUNTER, WARDEN RAPHAEL | ) |
| WILLIAMS, CORRECTIONAL | ) TRIAL BY JURY DEMANDED |
| MEDICAL SYSTEMS, MEDICAL | ) |
| DIRECTOR DANA BAKER, | ) |
| CORRECTIONS OFFICER BLUE, | ) |
| DR. DEROSIER, CORRECTIONS | ) |
| OFFICER MANERTTI, | ) |
| LT. C/O RYDER, and | ) |
| STAN TAYLOR, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the ANSWER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS"), TO PLAINTIFF'S AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES has been served on August 20, 2007 via electronic filing upon all counsel of record and via U.S. Mail upon plaintiff.

Erika Y. Tross
Department of Justice
Carvel State Office Bld.
820 North French St.
Wilmington, DE 19801

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY: */s/ Kevin J.Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Date: August 20, 2007
\15_A\LIAB\KJCONNORS\SLPG\446453\LAREFNER\13252\00168