IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRY T. COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-624-SLR |
| ) | |
| **WARDEN RAPHAEL WILLIAMS, et al.** ) | |
| ) | **TRIAL BY JURY DEMANDED** |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the INTERROGATORIES-SET I OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") ("CMS") DIRECTED TO PLAINTIFF has been served on August 21, 2007 via electronic filing upon all counsel of record and via U.S. Mail upon plaintiff.

Erika Y. Tross
Department of Justice
Carvel State Office Bld.
820 North French St.
Wilmington, DE 19801

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Date: August 21, 2007
\15_A\LIAB\KJCONNORS\SLPG\446532\LAREFNER\15000\15000