IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRY T. COLLINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-624-SLR |
| | ) |
| **WARDEN RAPHAEL WILLIAMS, et al.** | ) |
| | ) **TRIAL BY JURY DEMANDED** |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the REQUEST FOR PRODUCTION OF DOCUMENTS - I OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS")  ("CMS") DIRECTED TO PLAINTIFF has been served on August 21, 2007 via electronic filing upon all counsel of record and via U.S. Mail upon plaintiff.

Erika Y. Tross
Department of Justice
Carvel State Office Bld.
820 North French St.
Wilmington, DE 19801

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN


                    BY: */s/ Kevin J. Connors*
                    KEVIN J. CONNORS, ESQ.
                    DE Bar ID: 2135
                    1220 North Market Street, 5th Fl.
                    P.O. Box 8888
                    Wilmington, DE 19899-8888
                    Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Date: August 21, 2007
\15_A\LIAB\KJCONNORS\SLPG\446532\LAREFNER\15000\15000