IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-624-SLR ) |
| WARDEN RAPHAEL WILLIAMS, et al. | ) Jury Trial Demanded ) |
| Defendants. | ) ) |

## SUBSTITUTION OF APPEARANCE

James E. Drnec, Esq., hereby enters his appearance and Kevin J. Connors, Esq., hereby withdraws his appearance on behalf of defendant, Correctional Medical Services, Inc. in the above captioned matter.

BALICK & BALICK, LLC

DATED: 8/28/07

JAMES E. DRNEC, ESQUIRE
(DE ID # 3789)
711 King Street
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

DATED: 8/27/07

KEVIN J. CONNORS, ESQUIRE
(DE ID # 2135)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

\15_A\LIAB\KJCONNORS\LLPG\363352\TMJACKSON\13252\00168