## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 28th day of August 2007, the foregoing Substitution of Appearance was filed via CM/ECF and served First Class Mail upon the following:

        Harry T. Collins, Pro se
        211 Harding Avenue
        Wilmington, DE 19804

        Erika Yvonne Tross, Esquire
        Lisa Ann Barchi, Esquire
        Delaware Department of Justice
        Civil Division
        820 North French Street
        6th Floor
        Wilmington, DE 19801

                /s/ James E. Drnec
            James E. Drnec, Esquire (#3789)