**DISCOVERY REQUEST**
Harry T Collins Plaintiff
vs
Linda Hunter
Warden Raphael Williams and
Correctional Medical Systems
Defendants.

**Case No. 05-624-SLR**

At this time I'm requesting copies of the following grievances I have listed here in this discovery request.
Also I'm requesting any and all copies of reports, discussions, documentation or any other information not mention in this request pertaining to this case.

These are a list of the following grievances that I am requesting and any other ones that I filed that are not listed in this order, that were directly submitted to the wardens office.
1, 8-22-05 # 05-16475
2, 8-29-05 # 05-16503
3, 9-8-05 # 05-16945
4, 11-28 # 05 #05-20553
5, 1-6-06 #06-22152
6, 4-13-06 #06-30944
7, 5-5-06 #06-36423
8, 4-13-06 #06-30944

These are the grievances that were submitted to Sgt. Moody, inmate Grievance Chairperson.
Im requesting a copy of any and all grievances listed here and that are not here that were submitted that I never got copies of.
1, 7-6-05 #05-14983
2, 8-1505 #05-16177
2, 10-7-05 #05-18320
3, 10-7-05 #05-18322
4, 10-31-05 #05-19574
5, 12-21-05 #05-21354
6, 12-22-05 #05-21425
7, 12-30-05 #05-22004

8, 12-30-05 #05-21790
9, 4-4-06 #06-28886
10, 4-13-06 #06-31203
11, 4-12-16 #06-31024
12, 4-12-16 #06-30967
13, 4-13-06 #06-31043
14, 4-25-06 #06-33603

Im also requesting statements from the officers that were on duty at the time of incident when I was chocked by one Lt Rider and also the name of the inmates that I had shared a cell with at the time of the incident and also of a copy of the list of inmates that were present on that pod at the time and the Q,R,Team and the nurse that I was seen by at the time of the incident.
Im also requesting the full name of the head nurse that they call Diane whom work there in 2005 along side one Linda Hunter.

Im also requesting any and all incident reports that may of accord after and prior to the incidents that happen to me on one Lt Ryder And CMS heath services.

Im also requesting the names of Shift Commanders and statements from them as to the decision that was made to send me to Solitary Confinement do to my inability to sleep on the floor at the time that the incidents accord.

And last Im requesting that a full investigation be performed in this matter and the out come of any discoveries be disclose to me in writing pertaining to any and all request made in this paper set before you this day.

Respectfully Yours
Harry T Collins
Date 9-04-2007

Case no 05-624 SLR

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this ~~fifth~~ 4 day of ~~march~~ September upon the following in the manner indicated

### Contact info

James Edward Drnec
Bolich & Bolich LLC
711 King Street
Wilm De 19801
Ph 658 4285

Erika Yvonne Tross
Delaware Department of Justice
Civil Division
820 North French St
6th Floor Wilm De 19801
Ph 577-8400

By Hand represented by

Harry T Collins
211 Harding Ave
Wilm De 19804
Ph 994 5177

*[signature]*

9-4-07