## **CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 24th day of September 2007, the foregoing Defendant Correctional Medical Services, Inc.'s Objections and Responses to Plaintiff's Discovery Request was filed via CM/ECF and served First Class Mail upon the following:

    Harry T. Collins,
    211 Harding Avenue
    Wilmington, DE 19804

    Erika Yvonne Tross, Esquire
    Delaware Department of Justice
    Civil Division
    820 North French Street
    6th Floor
    Wilmington, DE 19801

        /s/ James E. Drnec
    James E. Drnec, Esquire (#3789)