IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARY T. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-624-SLR |
| v. ) | |
| ) | |
| LINDA HUNTER, ) | |
| WARDEN RAPHAEL WILLIAMS, and ) | Jury Trial Requested |
| CORRECTIONAL MEDICAL SYSTEMS, ) | |
| ) | |
| Defendants. ) | |

# RESPONSES TOO VOLUMINOUS TO EFILE

## (BATES STAMPED RESPONSES D00001 – D00162 SENT UNDER SEPARATE COVER)