Dear Honorable Judge Robinson

Last week, Ms Erika Tross District Attorney General called me and ask me for a dispensation hearing.

I told her at the time that it wold not be in my best interest for me to answer any questions concerning this matter and refuse to comply.

She then told me that she would take legal action in this matter and do to the fact that I don't have legal representation in this case, I would have no other choice but to exercise my rights under the 5th amendment.

I ask the court to again to reconsider my current request for legal counsel in all manners pertaining to this case at hand.

          Respectfully Yours
          Harry T Collins

Case No. 05-624-SLR        Date 11-2-07

2007 NOV -1 PM 2:52
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 88 (11/91) Subpoena in a Civil Case

## Issued by the
# United States District Court
### District of Delaware

HARRY T. COLLINS,

        Plaintiff,           **SUBPOENA DUCES TECUM IN A CIVIL CASE**

      v.

WARDEN RAPHAEL WILLIAMS,
CORRECTIONAL MEDICAL SERVICES     C.A. No.  05-624-SLR

        Defendants.

TO:   Harry T. Collins
       211 Harding Avenue
       Wilmington, DE 19804

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| | |

x **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | November 19, 2007<br>10:00 a.m. |

x **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place and date specified below (list documents or objects): All records, any and all documents, letters, grievances, sick call slips, medical reports, notes, reports of diagnostic tests, charts, diagrams, images, emergency room or ambulance reports, or any other medical records generated prior to, on or following June 1, 2005 which support and/or refute your claim that you were denied proper medical care or treatment while incarcerated at the Howard R. Young Correctional Institution.

| PLACE | DATE |
|---|---|
| Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | November 19, 2007<br>10:00 a.m. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*   Attorney for Defendant | OCTOBER 31, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Erika Tross, Deputy Attorney General, Department of Justice, 820 North French Street, 6th Floor, Wilmington, Delaware 19801
(302) 577-8400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoig were caused to be served this 2nd day of November 2007, upon the following in the manner indicated;

_____By Hand_____

James Edward Drnec
Balick & Balick
711 king street
Wilmington De 19801

_____By Hand_____

Erika Tross
Atorney Genrals Office
State Office Building
820 N. French St
Wilmington De 19801

Harry T Collins
211 Harding Ave
Wilm, De 19804
302-994-5177

_____