**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

November 2, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   ***Collins v. Warden Raphael Williams and CMS***
            <u>**D. Del., C.A. No. 05-624-SLR**</u>

Dear Judge Robinson:

      Please consider this letter a response to Mr. Collins' letter dated November 2, 2007 and filed November 1, 2007. (D.I. 87). On October 30, 2007, I contacted Mr. Collins regarding the taking of his deposition in the above-captioned matter. I, as counsel for Warden Williams, had previously contacted counsel for CMS and we agreed that a deposition of Mr. Collins was necessary because Mr. Collins had refused to respond to either Defendant's discovery requests.

      When I called Mr. Collins I explained to him that the Defendants would like to take his deposition. I asked him if he knew what a deposition was. Mr. Collins replied that he did not. I then explained to Mr. Collins that a deposition was a series of questions where his answers to the questions were given under oath subject to the laws relating to perjury and transcribed by a reporter. I told him that the purpose of the deposition was to ask questions about his claims in the case. I then told Mr. Collins that counsel for CMS and I would like to take his deposition on November 19. As his letter states, Mr. Collins refused to comply. (D.I. 87 at Sentence 2). I then informed him that he could refuse but that I would file papers with the Court to have the deposition taken

The Honorable Sue L. Robinson
November 2, 2007
Page 2 of 2

and that he could file his objections with the Court.  Mr. Collins then told me that I would have to file my papers with the Court.

The next day, October 31, 2007, in accordance with Rules 30 and 45 of the Federal Rules of Civil Procedure, I filed a notice of deposition duces tecum for Mr. Collins' deposition.  (D.I. 86).  In addition, I had Mr. Collins served with a subpoena to appear at the deposition on November 19, 2007 and a copy of the notice of deposition.  A copy of the executed subpoena was filed on today, November 2, 2007.  (D.I. 88).

Please be advised that I never offered any advice to Mr. Collins.  The Fifth Amendment was never mentioned in our conversation.  As I explained to Mr. Collins, the purpose of the deposition on November 19 is to ask him questions about his claims in the above-captioned matter.

If the Court has any questions or concerns please contact me at (302) 577-8400.  Thank you.

Sincerely,

/s/ Erika Y. Tross

Erika Y. Tross
Deputy Attorney General

EYT/vd
cc:   Harry T. Collins, Plaintiff
      James E. Drnec, Esq., counsel for CMS