UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | Case No. 05-624 (SLR) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| LINDA HUNTER, WARDEN RAPHAEL | ) | |
| WILLIAMS and CORRECTIONAL | ) | |
| MEDICAL SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of November, 2007, the Court having considered Defendant

Correctional Medical Services, Inc.'s ("Movant") Motion to Compel or, in the

Alternative, for Summary Judgment (the "Motion"), it is hereby ordered that the Motion

is GRANTED:

1.  Plaintiff shall provide no later than November 20, 2007 complete responses to

    Movant's First Set of Interrogatories and First Set of Requests for Production

    of Documents directed to the Plaintiff; and

2.  Plaintiff shall attend and answer questions at the deposition noticed for

    November 19, 2007; and

3.  In the event Plaintiff fails to comply with items 1 AND 2 above, upon notice

    from counsel, the Court shall dismiss with prejudice all claims in the above-

    captioned action; and

4.  Plaintiff shall pay to Movant the reasonable costs incurred in this Motion in

    the amount of _____.

_____
J.