# Exhibit A



Collins Corr

## BALICK & BALICK LLC
### ATTORNEYS

October 22, 2007

Sidney Balick
Adam Balick
Joanne Ceballos
James Drnec

**VIA REGISTERED MAIL RETURN RECEIPT REQUESTED**
Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

  Re: *Collins v. CMS, et al.*
    C.A. No. 05-624 SLR

Dear Mr. Collins:

  I represent the defendants CMS and Linda Hunter in the above-referenced matter. I understand that you are not represented by counsel. If that understanding is incorrect, please provide this letter to that counsel at once and ask him or her to contact me.

  Review of my file suggests that Kevin Connors, my predecessor on this case, sent discovery requests to you on or about August 20, 2007. Your responses were due on or about September 20, 2007, but have not been received. Please send your responses to me no later than November 2, 2007. If I do not receive them by that date I will have to file a motion to compel or to dismiss.

  Please contact me regarding this case at your earliest convenience.

          Sincerely,

          James E. Drnec

JD/jz