# CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 6th day of November 2007, the foregoing Defendant Correctional Medical Services, Inc.'s Motion to Compel or, in the Alternative, for Summary Judgment was filed via CM/ECF and served First Class Mail upon the following:

> Harry T. Collins, Pro se
> 211 Harding Avenue
> Wilmington, DE 19804

> Erika Yvonne Tross, Esquire
> Delaware Department of Justice
> Civil Division
> 820 North French Street
> 6th Floor
> Wilmington, DE 19801

           /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)