# EXHIBIT A



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

[New Castle County-Civil Division]

July 26, 2007

Harry T. Collins
211 Harding Avenue
Wilmington, DE 19804

Re:   *Collins v. Warden Raphael Williams and CMS*
      **D. Del., C.A. No. 05-624-SLR**

Dear Mr. Collins:

On May 1, 2007, I filed with the Court and served on you, Defendant Warden Raphael Williams' Combined First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff (the "Discovery Requests"). Your responses to the Discovery Requests were due on May 31, 2007. To date, however, I have not received responses from you.

I request you provide me responses to the Discovery Requests no later than August 24, 2007. I have enclosed a courtesy copy of the Discovery Requests for your convenience. Thank you.

Sincerely,

Erika Y. Tross
Deputy Attorney General

EYT/vd
Enclosure