# EXHIBIT C

Dear Warden

What I'm writting to you is concerving my level 2 Grievance form that should of been filed last mouth by Linda Hunter.

This woman has promised me a bottom bunk, meals for my cronic Athritis, and to see a doctor conceving my hepitis C.

But at this time she has not folowed through with any thing that she has told me she would do.

Thats why I wouldn't sign off on the 3rd grevance form either.

It is up to me at this time to start seeking out side help.

And the reason why I'm writting this letter is to see what you comment or concerns in this matter may be.

Sincerly Yours
Harry T Collins
156625
2-5-5



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## MEMORANDUM

**TO:**          *Harry Collins, 156625*
                 *S Pod*

**FROM:**        ~~Warden Raphael Williams~~

**DATE:**        *October 3, 2005*

**SUBJ:**        **YOUR RECENT CORRESPONDENCE**

   *Your correspondence has been forwarded to Linda Hunter, Health Care Administrator, for review and action; however, medical does not become involved in housing.  If you require a bottom bunk, you need to work this out with your housing unit officer.*

RW:adc

**DISTRIBUTION**

Linda Hunter, Health Care Administrator
File

Ü00025

Dear Warden

My name is Harry T Collins 156625, 2-5-5
pod witch is a cormal cell, and I have cronic
athritis and it is cold in this cell, and I mean Cold
A C.O said that you are suppose to sign off for
blankets for the cormal cell.
Everyday I freezing at night, Help.

Sincerely Yours
Harry T Collins
156625
2-5-5



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*        Harry Collins, 156625
             S Pod

*FROM:*      Warden Raphael Williams

*DATE:*      October 20, 2005

*SUBJ:*      **YOUR RECENT CORRESPONDENCE**

Your correspondence has been forwarded to warehouse/supply for review and any action deemed appropriate.

*RW:adc*

**DISTRIBUTION**

Corporal Reginald Goldsboro
File

D00023