# EXHIBIT D

Delaware Department of Correction - [Offender Housing Details and History - MOV_OHDH ] - Offender Housing Details and History Report Created on Tuesday April 4, 2006 15:00

| Select Offender SBI Number | Name | | | R/S | SENTAC | Sec/Cust |
|---|---|---|---|---|---|---|
| PO | | Location | | Multi Status | Location | |
| PO | | | | | | |
| 00156625 | COLLINS | HARRY | T | W | V | |
| | | HRYCI - 10 | M | N | | |

|   | Bed | Facility | Tier / Pod | Building |   |
|---|---|---|---|---|---|
|   | Cell | Wing / Unit | Floor | Bed Type | Date Entered |
|   | Time Entered | Date Departed | Time Departed | Comments | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | Pod 2H | Building 1 | |
|   | Cell 14 | West | Floor 2 | | 06/14/2005 |
|   | 04:44 | 06/23/2005 | 10:48 | | |
|   | Bed B | HRYCI Howard R. Young Correctional Institution | Pod 1D | Building 1 | |
|   | Cell 16 | West | Floor 1 | | 06/23/2005 |
|   | 10:48 | 07/04/2005 | 13:56 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | Pod 1D | Building 1 | |
|   | Cell 14 | West | Floor 1 | | 07/04/2005 |
|   | 13:56 | 08/18/2005 | 01:01 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | Infirmary | Building 1 | |
|   | Cell 191 | West | Floor 1 | | 08/18/2005 |
|   | 01:01 | 08/18/2005 | 10:40 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | Pod 1D | Building 1 | |
|   | Cell 14 | West | Floor 1 | | 08/18/2005 |
|   | 10:40 | 09/22/2005 | 09:52 | | |
|   | Bed B | HRYCI Howard R. Young Correctional Institution | Pod 2R | Building 1 | |

BED A - DENOTES - BOTTOM BUNK

| | | | | | |
|---|---|---|---|---|---|
| | Cell 23 | East | | Floor 1 | | 09/22/2005 |
| | 09:52 | 10/01/2005 | | 12:58 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | | Pod 2S | Building 1 | |
| | Cell 5 | East | | Floor 1 | | 10/01/2005 |
| | 12:58 | 11/02/2005 | | 10:18 | | |
| | Bed C | HRYCI Howard R. Young Correctional Institution | | Pod 1C | Building 1 | |
| | Cell 5 | West | | Floor 1 | | 11/02/2005 |
| | 10:18 | 11/27/2005 | | 23:08 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | | Pod 2F | Building 1 | |
| | Cell 17 | West | | Floor 2 | | 11/27/2005 |
| | 23:08 | 11/29/2005 | | 09:50 | | |
| | Bed B | HRYCI Howard R. Young Correctional Institution | | Pod 1E | Building 1 | |
| | Cell 4 | West | | Floor 1 | | 11/29/2005 |
| | 09:50 | 12/13/2005 | | 09:25 | | |
| | Bed C | HRYCI Howard R. Young Correctional Institution | | Pod 2C | Building 1 | |
| | Cell 19 | West | | Floor 2 | | 12/13/2005 |
| | 09:25 | 12/13/2005 | | 10:12 | | |
| X | Bed A | HRYCI Howard R. Young Correctional Institution | | Pod 1E | Building 1 | |
| | Cell 1 | West | | Floor 1 | | 12/13/2005 |
| | 10:12 | 12/22/2005 | | 12:49 | | |
| | Bed B | HRYCI Howard R. Young Correctional Institution | | Pod 2G | Building 1 | |
| | Cell 2 | West | | Floor 2 | | 12/22/2005 |
| | 12:49 | 01/08/2006 | | 17:50 | | |
| | Bed B | HRYCI Howard R. Young Correctional Institution | | Pod 1E | Building 1 | |
| | Cell 20 | West | | Floor 1 | | 01/08/2006 |
| | 17:50 | 01/16/2006 | | 12:11 | | |
| | Bed C | HRYCI Howard R. Young Correctional | | Infirmary | Building 1 | |

|  | Institution |  |  |  |
|---|---|---|---|---|
| Cell 203 | West | Floor 1 |  | 01/16/2006 |
| 12:11 | 01/16/2006 | 14:45 |  |  |
| Bed A | HRYCI Howard R. Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 192 | West | Floor 1 |  | 01/16/2006 |
| 14:45 | 01/17/2006 | 13:22 |  |  |
| Bed C | HRYCI Howard R. Young Correctional Institution | B&R Housing Bunks | Building 1 |  |
| Cell 121 | West | Floor 1 |  | 01/17/2006 |
| 13:22 | 01/18/2006 | 16:16 |  |  |
| Bed A | HRYCI Howard R. Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 198 | West | Floor 1 |  | 01/18/2006 |
| 16:16 | 01/18/2006 | 16:49 |  |  |
| Bed B | HRYCI Howard R. Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 191 | West | Floor 1 |  | 01/18/2006 |
| 16:49 | 01/18/2006 | 17:54 |  |  |
| Bed A | HRYCI Howard R. Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 193 | West | Floor 1 |  | 01/18/2006 |
| 17:54 | 01/23/2006 | 18:29 |  |  |
| Bed A | HRYCI Howard R. Young Correctional Institution | Pod 2H | Building 1 |  |
| Cell 4 | West | Floor 2 |  | 01/23/2006 |
| 18:29 | 03/07/2006 | 12:38 |  |  |
| Bed A | HRYCI Howard R. Young Correctional Institution | Pod 2Y | Building 1 |  |
| Cell 12 | East | Floor 1 |  | 03/07/2006 |
| 12:38 |  |  |  |  |

X marks next to: Bed A (01/16), Bed A (01/18 Infirmary), Bed A (01/18 Infirmary), Bed A (01/23 Pod 2H), Bed A (03/07 Pod 2Y)

BED A IS LOWER BUNK

**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 11/10/2005

Resolved 11/2/05

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLLINS, HARRY T J | SBI# : 00156625 | Institution : HRYCI |
| Grievance # : 14983 | Grievance Date : 07/02/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/02/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1C, Cell 5, Bed C | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I been told by the Medical Staff that I can't get any medication for my condition which is chronic. Osseo Arthritis due to the fact that I have Hepatitis as well. I was also charge for the appointment, which chronic patients shouldn't been, and didn't even get to see a doctor, I was denied a bottom bunk pass, and I have written Mr. Hunter concerning this mater several times and I haven't gotten any response. I was also verbally attacked by the Nurse that see me on Friday last. My condition is documented by over 7 doctors, if this matter can't be solved then I have no other choice then to take this matter to Federal Court.

**Remedy Requested :** To get medication, to get a bottom bunk pass, not be charged for medical visits under certain exceptions, and hopefully to receive an egg crate for my mattress to alleviate some of the pain that I'm going through.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 07/06/2005 |
| Investigation Sent : 07/06/2005 | Investigation Sent To : Hunter, Linda |
| Grievance Amount : | |

Bottom bunk memo done resolved



000076

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 11/10/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLLINS, HARRY T J | SBI# : 00156625 | Institution : HRYCI |
| Grievance # : 14983 | Grievance Date : 07/02/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/02/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1C, Cell 5, Bed C | |

## INFORMAL RESOLUTION

Investigator Name : Hunter, Linda

Date of Report 08/18/2005

Investigation Report : Ibuprofen was received. The inmate is on a bottom bunk. He has been put into the CCC general medicine for pain management. Security does not allow egg crate mattresses.

Reason for Referring:

Offender's Signature: _[signature]_

Date : 11-25-05

Witness (Officer) : _____

Page 2 of 4

000077

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 11/10/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLLINS, HARRY T J | SBI# : 00156625 | Institution : HRYCI |
| Grievance # : 14983 | Grievance Date : 07/02/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 07/02/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1C, Cell 5, Bed C | |

### IGC

Medical Provider:                    Date Assigned

Comments:

☒ Forward to MGC         ☐ Warden Notified

☐ Forward to RGC         Date Forwarded to RGC/MGC : 08/24/2005

☐ Offender Signature Captured    Date Offender Signed    :

1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: COLLINS, HARRY T J | **SBI#** : 00156625 | **Institution** : HRYCI |
| **Grievance #** : 18322 | **Grievance Date** : 09/22/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 1 | **Resol. Date** : 10/25/2005 |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 09/22/2005 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 2, Pod 2H, Cell 4, Bed A | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I finally got over to the new side and not only do they have me on a top bunk. I'm also on the second floor as well, and I'm hurting trying to get up and down those stairs right now.

**Remedy Requested** : To be moved to the bottom floor to a bottom bunk, and also I need my meds transferred asap

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : YES           **Date Received by Medical Unit** : 10/07/2005
**Investigation Sent** : 10/07/2005   **Investigation Sent To** : Hunter, Linda
**Grievance Amount** :

Page 1 of 3

U00035

HRYCI Howard R. Young Correctional Institution        Date: 02/10/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name:** COLLINS, HARRY T J | **SBI#** : 00156625 | **Institution** : HRYCI |
| **Grievance #** : 18322 | **Grievance Date** : 09/22/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/22/2005 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location:** Building 1, West, Floor 2, Pod 2H, Cell 4, Bed A | |

### INFORMAL RESOLUTION

**Investigator Name** : Hunter, Linda                     **Date of Report** 10/17/2005

**Investigation Report:** Issue resolved. Bottom bunk memo given and meds being received.

**Reason for Referring:**

Offender's Signature: _____

Date                : _____

Witness (Officer)   : _____

000036

HRYCI Howard R. Young Correctional Institution          Date: 02/10/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : COLLINS, HARRY T J | SBI# : 00156625 | Institution : HRYCI |
| Grievance # : 18322 | Grievance Date : 09/22/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/22/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2H, Cell 4, Bed A | |

## IGC

**Medical Provider:**                                   **Date Assigned**

**Comments:**

☐ Forward to MGC               ☐ Warden Notified

☐ Forward to RGC               Date Forwarded to RGC/MGC : 10/25/2005

☑ Offender Signature Captured   Date Offender Signed  : 10/25/2005

U00037