UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | Case No. 05-624 (SLR) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| LINDA HUNTER, WARDEN RAPHAEL | ) | |
| WILLIAMS and CORRECTIONAL | ) | |
| MEDICAL SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 200__, the Court having considered

Defendant Correctional Medical Services, Inc.'s ("Movant") Notice of Joinder and Supplement

to Motion to Compel or, in the Alternative, for Summary Judgment (the "Motion"), it is hereby

ordered that the Motion is GRANTED:

All claims against Correctional Medical Services, Inc. in the above-refeeneced action are

dismissed with prejudice.

_____

J.