# CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 7th day of December 2007, the foregoing Defendant Correctional Medical Services, Inc.'s Notice of Joinder and Supplement to Motion to Compel, or, in the Alternative, for Summary Judgment was filed via CM/ECF and served upon the following:

| | |
|---|---|
| Harry T. Collins, Pro se<br>211 Harding Avenue<br>Wilmington, DE 19804 | *VIA FIRST CLASS MAIL* |
| Erika Yvonne Tross, Esquire<br>Delaware Department of Justice<br>Civil Division<br>820 North French Street<br>6th Floor<br>Wilmington, DE 19801 | *VIA CM/ECF* |

                                                /s/ James E. Drnec
                                       James E. Drnec, Esquire (#3789)