**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

January 15, 2008

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Collins v. Hunter, et al.*,
           <u>D. Del., C.A. No. 05-624-SLR</u>

Dear Judge Robinson:

    Please allow this letter to reflect State Defendant Raphael Williams' waiver of his right to file a reply in support of his Motion To Dismiss Pursuant To Federal Rule Of Civil Procedure 37 Or, In The Alternative, Motion For Summary Judgment (D.I. 91) (the "Motion"). Plaintiff Harry T. Collins' response to the Motion was due on January 8, 2008. To date, however, Mr. Collins has not filed a response. Therefore, State Defendant Williams rests on the facts, arguments and law contained in the Motion and asks the Court to grant him the requested relief. Thank you.

    Sincerely,

    */s/ Erika Y. Tross*

    Erika Y. Tross
    Deputy Attorney General
       Attorney for State Defendants

EYT/vd
cc:   Harry T. Collins, Plaintiff
       James E. Drnec, Esq.