## BALICK & BALICK LLC
### ATTORNEYS

January 15, 2008

Sidney Balick
Adam Balick
Joanne Ceballos
James Drnec

**VIA CM/ECF E-FILING**
The Honorable Judge Sue L. Robinson
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    *Collins v. CMS, et al.*
              C.A. No. 05-624 SLR

Dear Judge Robinson:

    I represent the defendant Correctional Medical Services, Inc. ("CMS") in the above-referenced matter. On November 6, 2007, CMS filed its Motion to Compel or, in the Alternative for Summary Judgment (D.I. 90). Following Plaintiff's unilateral refusal to complete his deposition, CMS filed its Notice of Joinder and Supplement to Motion to Compel or, in the Alternative, for Summary Judgment. (D.I. 92)

    My calendar indicates that CMS's reply in support of its pending Motion is due today. Because Plaintiff has failed to file any response whatsoever contesting that Motion, CMS waives its reply and stands on the documents already on file.

    If any matter addressed herein raises any question or concern on the part of the Court, I remain, as always, available at the call of the Court.

Sincerely,

James E. Drnec

JD/jz
cc:    Erika Y. Tross, Esquire (via CM/ECF)
        Mr. Harry T. Collins