IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS and | ) |
| CORRECTIONAL MEDICAL SYSTEMS,) | |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this   *11th*   day of February, 2008, defendants having

filed motions to dismiss the complaint (D.I. 90, 91);

IT IS ORDERED that:

1. Because matters outside of the pleadings were presented to the court

in support of said motions to dismiss, the court will review the motions as ones for

summary judgment pursuant to Fed. R. Civ. P. 12(b) and 56(b).

2. Briefing on these motions shall proceed in accordance with the

following schedule:

a) Plaintiff shall file and serve a response to defendants' motions

(including an answering brief and accompanying affidavits, exhibits, etc., if any) on or

before **March 12, 2008**.

b) Defendants may file and serve a reply briefs on or before **March

26, 2008**.

United States District Judge