Dear Judge Robinson

I went to there disposition as I was require to do so and upon my questioning I had never felt like so threaten and that I was on trial for some thing that happening to me.

I felt so threaten by there questioning that I thought that I had done some thing wrong, It was like a interrogation in stead of a open hearing, and that of a way of solving these problems in a reasonable manner. Instead I had never be or felt so threaten by there actions in my life.

And then I was told by the prosecutor that if I didn't stay why they intrearagated me in this manner that I wold probably forfeit my case and she would file for a dismissal.

Well I told her that's exactly what I wanted her to do, than I could appeal to supreme court and get this over once and for all.

As I see here from a paper that I had received in the mail that I was suppose to file something on and about the date of January the 8th but as you know I have no ideal what that is, and at this time, and considering the fact that I'm not a lawyer and you will not appoint one for m, it's hard for me to follow through with and understand some of the things that I'm required by law to do and I have no one to turn to, to ask questions about how to accomplish these matters concerning the court system.

If the court system could some how appoint to me some one that could ask and could answer some of my questions concerning this matter, I could most likely be able to and would do all the legal work that is required of me to do so, and in a fashion in witch the courts would be pleased to see.

So at this time I'm asking the court to consider some alternative that would be suitable for me in this case, to see this thing through in the manner in which it needs to be handle and suitable for my needs as a every day person that has no knowledge of the way the court system works or operates and knows nothing about there second language that seams to be, and only taught and learned in law school

Respectfully Yours
Harry T Collins
2/28/2008

Case number 05-624-SLR



FILED
MAR 10 2008
U.S. DISTRICT COURT

## Certificate Of Service

The undersigned hereby certified that copies of the foregoing were caused to be served this _____ upon the following in the manner indicated

### By Hand

Erika Y vonne Tross
Delaware Department Of Justice
Civil Division
820 North French Street
6th Floor
Wilmington De 1980

### By Hand

Balick & Balick Attorneys
Janes E Drnec, Esquire (#3789)
711 King Street
Wilmington De 19801

### Server Of This Notice

Harry T Collins
211 Harding Ave
Wilmington De 19804
Case Number 05-624-SLR
Date 2-28-08

_____
Signature Of Server

3-7 -08

Mr. Harry T. Collins
211 Harding Ave
Wilmington, DE 19804-3305

Clerk of the Court
&
Judge Robinson's
United States District Court
800 N King St Lockbox 18
Wilm De 19801-3570

