## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-624-SLR |
| v. | ) | |
| | ) | |
| LINDA HUNTER, | ) | |
| WARDEN RAPHAEL WILLIAMS, and | ) | Jury Trial Requested |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on March 24, 2008, she caused *Defendant Raphael*

*Williams's Response in Opposition to Plaintiff's Second Motion for Appointment of Counsel [Re:*

*D.I. 96]* to be delivered to the following persons in the form and manner indicated:

**One copy via Via Electronic Delivery and first class mail, postage prepaid to each recipient:**

James E. Drnec, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801


DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendant
Raphael Williams

Dated: March 24, 2008