UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | Case No. 05-624 (SLR) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| LINDA HUNTER, WARDEN RAPHAEL WILLIAMS and CORRECTIONAL MEDICAL SYSTEMS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S[1] NOTICE OF JOINDER IN DEFENDANT RAPHAEL WILLIAMS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL**

Defendant Correctional Medical Services, Inc. ("CMS") by and through its undersigned counsel, hereby joins in and adopts all of the arguments and factual statements set forth in Defendant Raphael Williams' Response in Opposition to Plaintiff's Second Motion for Appointment of Counsel. (D.I. 97)

**BALICK & BALICK L.L.C.**

       /s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Correctional Medical Services, Inc.

Dated: March 24, 2008

---

[1] Incorrectly named in this suit as "Correctional Medical Systems".