## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 24th day of March 2008, the foregoing Defendant Correctional Medical Services, Inc.'s Joinder in Defendant Raphael Williams' Response in Opposition to Plaintiff's Second Motion for Appointment of Counsel was filed via CM/ECF and served upon the following:

Harry T. Collins, Pro se          *VIA FIRST CLASS MAIL*
211 Harding Avenue
Wilmington, DE 19804


Erika Yvonne Tross, Esquire       *VIA CM/ECF*
Delaware Department of Justice
Civil Division
820 North French Street
6th Floor
Wilmington, DE 19801


                        /s/ James E. Drnec
                    James E. Drnec, Esquire (#3789)