IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-624-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS and | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 16th day of April, 2008, having reviewed the docket;

IT IS ORDERED that, on or before **May 13, 2008** plaintiff shall respond to defendant's motion for summary judgment. Plaintiff, a non-lawyer, is not expected to respond to the legal argument made by defendant. Plaintiff is expected to respond to the **facts** presented by defendant, so that the court can determine whether there are any genuine issues of material fact precluding entry of judgment in favor of defendant. Defendant may file a reply on or about **May 28, 2008**.

_____
United States District Judge