To whom it may concern                              05-624
My name is Harry T Collins and I'm
writting you in concern to the case that I
have agnest Correchional Medical Services and
one Rafeal Williams, Warden of Gander Hill.
I think my case num is ShR-37-something

But any way thats what I need, the case
numbers and the name and current address
of whom is representing the defendents
in this case.

Thats so when I fiel agenst my original
complain I will be able to fiel an notise of
service

FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Sincerly Yours
Harr T Collins
SBI Nub 156625
D-C-B 10-3-58

Harry T Coffin
1301 East 13th St
Wilm De 19805

Clerk of The Court
U.S District Court
Lock Box 18
Boggs Federal Bld
844 King Street
Wilmington De 19801

U.S.M.S.
X-RAY

