OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 9, 2008

TO:

**Harry T. Collins**
Harry T. Collins, Pro se
211 Harding Avenue
Wilmington, DE 19804

    **RE:  Request for Case Numbers and Attorney Addresses
        CA 05-624 SLR**

Dear Mr. Collins:

    This is in response to your letter received 5/9/08 requesting your case number and defense counsel addresses.  Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    A copy of the docket sheet is enclosed which lists the addresses for defense counsel

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                            Sincerely,

/rwc                                                  PETER T. DALLEO
                                                       CLERK

cc:  The Honorable Sue L. Robinson
enc: Docket Sheet