# BALICK & BALICK LLC
## ATTORNEYS

May 29, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF E-FILING**
The Honorable Judge Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

  Re: *Collins v. CMS, et al.*
     C.A. No. 05-624 SLR

Dear Judge Robinson:

  I represent the defendant Correctional Medical Services, Inc. ("CMS") in the above-referenced matter. On April 16, 2008, this Court ordered Plaintiff to respond no later than May 13, 2008 to certain motions (D.I. 90-92) filed by the defendants. (D.I. 100)

  As of the date of this letter, Plaintiff has not responded. Because Plaintiff has failed to file any response whatsoever contesting those motions, CMS waives its reply and stands on the documents already on file.

  If any matter addressed herein raises any question or concern on the part of the Court, I remain, as always, available at the call of the Court.

Respectfully Submitted,

James E. Drnec

cc: Erika Y. Tross, Esquire (via CM/ECF)
   Mr. Harry T. Collins