IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY T. COLLINS, | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 05-624-SLR |
| WARDEN RAPHAEL WILLIAMS and CORRECTIONAL MEDICAL SYSTEMS, | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 11th day of September, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant Correctional Medical Services, Inc.'s motion to compel or, in the alterative, for summary judgment is **granted**. (D.I. 90)

2. Defendant Raphael Williams' motion to dismiss or, in the alternative, for summary judgment is **granted**. (D.I. 91)

3. Plaintiff's motion for reconsideration is **denied**. (D.I. 87)

4. Plaintiff's motion for appointment of counsel is **denied**. (D.I. 96)

5. The clerk of the court is directed to enter judgment in favor of defendants Correctional Medical Services, Inc. and Raphael Williams and against plaintiff and to close this case.

_____
UNITED STATES DISTRICT JUDGE